UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

ESTER LORUSSO,

        Plaintiff,

-against-

ALITALIA–LINEE AEREE ITALIANE SpA,

        Defendant.

------------------------------------

RULE 7.1 STATEMENT

[Stamp: RECEIVED MAY 04 2007 U.S.D.C. S.D.N.Y. CASHIERS]
[Stamp: 07 CV 3583]
[Stamp: JUDGE SAND]

### RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Alitalia, Linee Aeree Italiane SpA ("Alitalia") certifies that Alitalia has no corporate parents and that no publicly held corporation owns 10% or more of the stock of Alitalia. Alitalia's affiliates and subsidiaries are as follows:

**Affiliates**

Alitalia Servizi S.p.A.
Alicos S.p.A
Italiatour S.p.A. (in stato di fallimento)
Verona Cargo Center S.p.A.
SASCO S.p.A. (air consolidator)

**Subsidiaries**

Alitalia Express S.p.A.
Aviofin S.p.A.
SISAM S.p.A. (in liquidation)
Volare S.p.A.
Alinsurance S.r.l. (in liquidation)

Dated: May 4, 2007

Respectfully submitted,

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

By: _____
Alan M. Koral (AK 1503)
Charles Caranicas (CC 9244)

1633 Broadway, 47th Floor
New York, New York 10019-6771
(212) 407-7700
Attorneys for Defendant
*Alitalia, Linee Aeree Italiane SpA*

NEWYORK/#177910.1