USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-07

SANDS,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTER LORUSSO,

    Plaintiff,

-against-

ALITALIA–LINEE AEREE ITALIANE SpA,

    Defendant.

07 CV 3583 (LBS)

STIPULATION

Plaintiff Ester Lorusso ("Lorusso"), by her attorney Robert W. Ottinger, Esq., and Defendant Alitalia Linee Aeree Italiane SpA ("Alitalia"), by its attorneys Vedder, Price, Kaufman & Kammholz, P.C., hereby stipulate and agree to an extension of time for Alitalia to answer or otherwise respond to Lorusso's complaint until, and including, May 22, 2007.

The parties further stipulate and agree that signatures transmitted by facsimile are to be taken as original signatures.

May 11, 2007

THE OTTINGER FIRM, P.C.

_____
Robert W. Ottinger, Esq.

19 Fulton Street
New York, New York 10038
(212) 571-2000
Attorney for Plaintiff
*Ester Lorusso.*

VEDDER PRICE KAUFMAN
& KAMMHOLZ, PC

_____
Alan M. Koral, Esq.

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
Attorney for Defendant
*Alitalia Linee Aeree Italiane SpA.*

SO ORDERED:

_____
U.S.D.J.
5/21/07

NEWYORK/#178830.1