UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ester Lorusso,

                Plaintiff,

      -against-

Alitalia Linee Aeree Italiane, S.p.A.,

                Defendant.

Case No. 07 CV 3583

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**  )
                               ) ss.:
**COUNTY OF NEW YORK** )

    Charles Caranicas, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and not a party to this action, and reside in Brooklyn, New York.

    2.    On May 22, 2007, I caused the attached **ANSWER**, to be served via Overnight courier to:

                        Robert W. Ottinger, Esq.
                        The Ottinger Firm, P.C.
                        19 Fulton Street
                        New York, NY 10038
                        Attorney for Plaintiff *Ester Lorusso*

                        _____
                        Charles Caranicas

Sworn to and subscribed before me
this 22nd day of May, 2007

_____
Notary Public

        ANNETTE BUNZEL
   Notary Public, State of New York
        No. 24-4800660
    Qualified in Nassau County
 Certificate Filed in New York County
 Commission Expires April 30, 20 11

NEWYORK/#179320.1