Carrie R. Kurzon CK-2481
The Ottinger Firm, P.C.
South Street Seaport
19 Fulton Street, Suite 400
New York, New York 10038
(212) 571-2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ESTER LORUSSO,

                Plaintiff,

-against-

ALITALIA-LINEE AEREE ITALIANE SpA,

                Defendant.

**APPEARANCE**

Case Number: 1:07-cv-03583-LBS

To the Clerk of this Court and all parties of record:

Please enter this firm's appearance as counsel for Plaintiff Ester Lorusso.

Dated: June 7, 2007

By: _____
Carrie R. Kurzon CK-2481
The Ottinger Firm, P.C.
19 Fulton Street, Suite 400
New York, New York 10038
(212) 571-2000