UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Ester Lorusso,

07 CIV. 3583 (LBS)

v.

Alitalia Linee Aeree Italiane, S.p.A.

---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07

APPEARANCES:

Plaintiff by:

Carrie Kurzon, Esq.

Defendant by:

Vedder, Price, Kaufman & Kammholz
P.C.
1633 Bway
NY, N.Y. 10019
by Charles Caranicas, Esq.

SAND, J.

    Pursuant to Fed. R. Civ. P. 16(b), after holding an initial pretrial conference, it is hereby ordered that:

1. The last date for joining additional parties or amending the pleadings shall be _____.

2. The last date for the filing and hearing of motions shall be _____.

3. All discovery shall be completed by 1/8/08.

4. A pretrial order shall be submitted by 1/22/08. The pretrial order shall conform with the Court's instructions, a copy of which may be obtained from the Deputy Clerk.

5. A pretrial conference shall be held on 1/29/08 at 9:30. This conference is to be attended by counsel who will actually try the case.

    If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the pretrial conference.

    SO ORDERED.

DATED: New York, New York
7/24/08

_____
Sand
U.S.D.J.