UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ESTER LORUSSO,

                Plaintiff,

     v.

ALITALIA-LINEE AREE ITALIENE SPA,

                Defendant.
------------------------------------------------------------x

FRANCESCO GALLO,

                Plaintiff,

     v.

ALITALIA-LINEE AREE ITALIENE-SOCIETA
PER AZIONI, PIERANDREA GALLI, and
GIULIO LIBUTTI,

                Defendant.
------------------------------------------------------------x

**MEMORANDUM & ORDER**

07 Civ. 3583 (LBS)
07 Civ. 6418 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-07

SAND, J. & MCMAHON, J.

    Judges Sand and McMahon are of the opinion that the significant disparities of parties and issues in these two cases makes consolidation of the cases for trial on the merits inappropriate and plaintiff Lorusso's application for such relief is denied.

    Unquestionably consolidation of aspects of both cases for purposes of discovery might achieve economies which would be in the best interest of the parties and of the Court. Accordingly, both cases are referred to Magistrate Judge Ellis (the designated Magistrate Judge for the case with the lower docket number) for the purposes of supervising discovery with a view to coordinating discovery to the extent feasible and establishing a discovery schedule for the

cases which will serve the best interests of all. For example, such a schedule should set dates and places for depositions which will minimize the amount of time required. Other economies may be effected by stipulating, if possible, that certain depositions may be conducted jointly and be admissible in both cases.

**SO ORDERED.**

Dated: August 10, 2007
New York, NY

_____
U.S.D.J.

_____
U.S.D.J.