UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTER LORUSSO,

          Plaintiff,

-against-

ALITALIA–LINEE AEREE ITALIANE SpA,

          Defendant.

Case No. 07 CV 3583 (LBS)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that defendant Alitalia–Linee Aeree Italiane SpA hereby appear in the above-captioned action, and that the undersigned have been retained as attorneys for said defendants and hereby demand that all papers in this action be served upon the undersigned counsel at their offices.

Dated: August 23, 2007

          Respectfully Submitted,

          VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

          By: _____
              Alan M. Koral (AK 1503)
              Daniel C. Green (DG 0057)

          1633 Broadway, 47th Floor
          New York, New York 10019-6771
          (212) 407-7700

          *Attorneys for Defendant*
          *Alitalia, Linee Aeree Italiane SpA*