UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTER LORUSSO,

        Plaintiff,

    -against-

ALITALIA-LINEE AEREE ITALIANE SpA,

        Defendant.

Case No. 07 CV 3583 (LBS)(RLE)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

IT IS HEREBY ORDERED that the deadline for counsel for plaintiff Ester Lorusso to take the depositions of Pierandrea Galli and Giulio Libutti is extended from January 8, 2008 to January 31, 2008.

Dated: New York, New York
       January 7, 2008

SO ORDERED:

_____
Hon. Ronald L. Ellis, U.S.M.J.