UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ESTER LORUSSO,                                         :

                Plaintiff,                    :        **ORDER**

      -against-                                         :        07 Civ. 3583 (LBS)

ALITALIA LINEE AEREE ITALIANE, SpA,     :

                Defendants.                 :

------------------------------------------------------------x

SAND, J.

      At the request of the parties we vacate all previous orders relating to the scheduling of proceedings in this case and adopt the following:

    February 11, 2008:        Completion of all discovery

    March 17, 2008:          Filing of pre-trial order and any dispositive motions[1]

    March 25, 2008, at 3:00 P.M.:    Pre-Trial Conference

SO ORDERED.

Dated:    New York, New York
            January 25, 2008

_____
U.S.D.J.

---

[1] It is this Court's practice to require a pre-trial order before deciding dispositive motions because a pre-trial order helps focus the issues in the case and is helpful in deciding motions.