The Ottinger Firm, PC

**MEMO ENDORSED**

RECEIVED
MAR 12 2008
CHAMBERS
LEONARD B. SAND

March 12, 2008

**BY HAND**

Hon. Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08

Re:  Re:  Lorusso v. Alitalia Linee Aeree Italiane, Spa
         07 Civ. 3583 (LBS)(RLE)

Dear Judge Sand:

We represent Ester Lorusso, the plaintiff, in this employment discrimination case. I write with the consent of the defendant to request an extension of time to file the Joint Pretrial order and to adjourn the pretrial conference. I also ask the court for permission to conduct limited follow-up discovery based on depositions that took place after the close of discovery. Defendant does not consent to further discovery.

Discovery in this case closed on February 11, 2008 with the proviso that two witnesses (employees of defendant) who lived in Rome, Italy, could be deposed after that date. These two witnesses are critical as they were the decision makers. The depositions concluded on January 28, 2008. Another deposition of a key witness, Francesco Gallo, is still pending (due to illness of the witness) and is currently scheduled for March 15, 2008. We respectfully request 45 days to complete follow-up discovery necessitated by these depositions.

The Pretrial Order is due on March 17, 2008 and the pretrial conference is scheduled for March 25, 2008. We request that these dates be adjourned 45 days to April 28, 2008 and May 6, 2008, respectively.

*Again let[?]
So ordered  /s/ Sand
3/12/08*

Yours,

*/s/ Robert Ottinger*
Robert W. Ottinger

Cc: Alan Koral (by Facsimile)

**MEMO ENDORSED**

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com