**MEMO ENDORSED**

The Ottinger Firm, PC





April 16, 2008

**BY HAND**

Hon. Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

Re: <u>Lorusso v. Alitalia Linee Aeree Italiane, Spa</u>
07 Civ. 3583 (LBS)(RLE)

Dear Judge Sand:

We represent plaintiff Ester Lorusso in this matter and I write, without opposition by defendant, to request that the current due date of the pre-trial order be adjourned for one week from April 28, 2008 to May 5, 2008. The pre-trial conference is scheduled for May 6, 2008.

I make this request for two reasons. First, the discovery period was extended to April 28, 2008 and discovery is currently outstanding. Responses to document requests, interrogatories and one deposition are pending. The one-week adjournment will give the parties one week from the close of discovery to prepare the pre-trial order.

Second, I have a three day arbitration hearing beginning next week in California and it will be difficult to prepare the pre-trial order at that time. Normally the associate who was assisting me on the case would help in preparing the pre-trial order in my absence, but that associate is currently on maternity leave.

For these reasons, I respectfully request that the due-date for the pre-trial order be adjourned to May 5, 2008. Thank you for your consideration of this request.

Respectfully submitted,

Robert W. Ottinger

cc: Alan Koral (by Facsimile)

**MEMO ENDORSED**

4/21/08   [signature] Leonard B. Sand USDJ

South Street Seaport | 19 Fulton Street, Suite 408 | New York, New York 10038 | P 212-571-2000 | F 212-571-0505 | www.ottingerlaw.com