Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ESTER LORUSSO,                          : CASE NO. 07
                                        : CV 03583
      Plaintiff,                       :
                                        :
   vs.                                  : DEPOSITION OF:
                                        : GIULO LIBUTTI
                                        :
ALITALIA-LINEE AEREE ITALIANE-          :
SpA,                                    :
                                        :
      Defendant.                       :

---

T R A N S C R I P T of the stenographic notes of LISA FORLANO, a Notary Public and CCR, CRR, RMR, taken at the offices of Vedder Price P.C., 1633 Broadway, 47th Floor, New York, New York, 10019, on Monday, January 21, 2008, commencing at 10:45 a.m.

Page 6

1   Q   What did you do before that?
2   A   I was working for Alitalia.
3   Q   How long did you work for them?
4   A   From first of January of '90 until
5   31st of March of 2007.
6   Q   When did you begin with Airone again?
7   A   The first of April, 2007.
8   Q   Why did you leave Alitalia?
9   A   I left Alitalia because the Director of
10  Worldwide Sales told me that there was not any
11  available position for me for the time being and so
12  I say that because I maybe have other opportunity in
13  the industry to negotiate an agreement with the
14  company, to leave the company with a mutual
15  agreement and a very good mood.
16  Q   A good what?
17  A   Good mood.
18  Q   Mood, feeling?
19  A   A good feeling, yes.
20  Q   So you left on good terms with
21  Alitalia?
22  A   Yes, yes.
23  Q   Did they ask you to leave?
24  A   No.
25  Q   You weren't fired, right?

Page 7

1   A   No.
2   Q   Do you know what fired means in this
3   country?
4   A   Yes, I know fired. Let's terminate. I
5   was not absolutely.
6   Q   So you're saying that you left on your
7   own because there wasn't an available position for
8   you?
9   A   There was an agreement in our country,
10  you make the agreement with the company. It's a
11  paper that you sign.
12  Q   What's that paper called, sir?
13  A   I don't remember what the paper called.
14  Q   Is it like a severance agreement, that
15  kind of thing?
16  A   I don't remember the title of the
17  paper, I'm sorry.
18  Q   Were you paid money in connection with
19  that when you left?
20  A   We reach an agreement, yes.
21  Q   Did they give you money when you left?
22  A   Yes, it's according to the Italian law,
23  yes.
24  Q   There's a law in Italy that says when
25  you leave a company like that, they have to pay you?

Page 8

1   A   If you reach an agreement like that,
2   yes.
3   Q   How much did they pay you?
4   A   I will not answer to this question.
5       MR. KORAL: Can we reserve and I'll
6   talk with him later?
7       MR. OTTINGER: Sure.
8   BY MR. OTTINGER:
9   Q   Just to be clear, there was no problem
10  with your employment at Alitalia that lead to your
11  departure from that company, is that right?
12  A   Can you repeat that, please?
13  Q   Sure. Just to be clear, there was no
14  problem -- do you know what I mean by problem?
15  A   Problem, yes.
16  Q   There was no problem with your
17  performance at Alitalia that lead to your departure?
18  A   No, because my performance related to
19  2006 in the agreement that has been signed that
20  recognize also bonus for a good performance of 2006.
21  Q   You got paid a bonus for a good job in
22  2006?
23  A   Yes.
24  Q   Were there any complaints that were
25  lodged against you that had anything to do with you

Page 9

1   leaving the company Alitalia?
2   A   No.
3   Q   What was your position with Alitalia
4   when you left?
5   A   I was -- the exact title was Director
6   of Sales for Europe.
7   Q   How long did you have that title?
8   A   I have that title from June or July.
9   I'm sorry, I don't remember very well, I think it
10  was June of 2006. June or July, first of July,
11  2006.
12  Q   So you first got this title of Director
13  of Sales for Europe in June of 2006?
14  A   Yes.
15  Q   What was your title before that?
16  A   Before that, it was Senior
17  Vice-President for North America, Mexico.
18  Q   How long did you hold that title?
19  A   From July, 2003 to June, 2006.
20  Q   Where were you located when you had
21  that job?
22  A   Which job, in New York?
23  Q   Senior Vice-President for North
24  America --
25  A   I was working in the head office of

Page 10

1  United States that is in Empire State Building.
2  Q  Empire State Building, New York City?
3  A  New York City.
4  Q  The court reporter only has two hands
5  and she cannot record what you say and I say, so
6  when I ask a question, just let me finish before you
7  answer because she can't take it down when we're
8  both talking.
9  A  Sorry, I didn't realize that.
10  Q  That's okay. So when you had the title
11  Senior Vice-President for North America, you were
12  located in New York City?
13  A  Yes.
14  Q  Let's get the dates down again. When
15  were you in New York City with that title?
16  A  From when?
17  Q  Yes.
18  A  From I told you from I think July,
19  2003.
20  Q  To June, '06?
21  A  Yes.
22  Q  What was your -- what were your
23  responsibilities when you were serving as the
24  Vice-President of North America between that time
25  period?

Page 11

1      MR. KORAL: Senior Vice-President.
2      MR. OTTINGER: Yes.
3      THE WITNESS: My responsibility was to
4  supervise, to handle all activities of North
5  America of Alitalia related to sales and sales
6  and marketing and administration and in the
7  last period also stations. It was different
8  step. I didn't supervise all those activities
9  in the beginning. It was different.
10 BY MR. OTTINGER:
11  Q  So you're saying you got more
12 responsibility as time went on in New York? Is that
13 what you're saying?
14  A  During the period of United States,
15 before when arriving in the United States, I was
16 focus only on sales and marketing. After one year,
17 one year and a half, they move under my
18 responsibility the administration and only at the
19 end in 2006, if I remember well, they put stations,
20 airports, under my responsibility, activity of those
21 stations.
22  Q  Thank you. When you say stations, you
23 mean airports, is that right?
24  A  Airports, yes.
25  Q  What is the purpose of Alitalia's

Page 12

1  office in New York? What's it do?
2  A  The purpose is to realize the targets
3  of the company in terms of revenue, in terms of the
4  profit and loss that's being decided in that quarter
5  for North America, to materialize the target of
6  profit and loss revenue and the supervisional
7  activities in customer service in terms of image of
8  the company. First of all, it's to make the company
9  profitable, to focus on a profit and loss chart that
10 the company gave at the beginning of the year.
11  Q  You're saying that the purpose of the
12 New York office is to make money, is that what
13 you're saying?
14  A  No, to reach the target in terms of
15 profit and cost.
16  Q  How do you do that?
17  A  It's not easy to explain. It's very
18 long. Because you have -- the revenue come from the
19 trade with our customers, the trade or the
20 distributions and directly from the customer through
21 a channel, we have different channels. We have
22 channels of the trade and direct channel. For
23 example, Internet website is a direct channel.
24  Q  So I'm trying to understand, is the
25 primary goal, one of the primary purpose of your

Page 13

1  office in New York, Alitalia's New York office to
2  generate sales?
3  A  Yes.
4  Q  So it's really, the New York office,
5  it's fair to say, it's about generating sales in
6  North America for Alitalia?
7      MR. KORAL: Objection.
8      THE WITNESS: Yes.
9  BY MR. OTTINGER:
10  Q  Is that true?
11  A  Can you repeat the question?
12  Q  Could you read it back?
13     (At which time the following question
14  was read back by the reporter: "Question: So
15  it's really, the New York office, it's fair to
16  say, it's about generating sales in North
17  America for Alitalia?")
18     THE WITNESS: Yes, not only sales, of
19  course.
20 BY MR. OTTINGER:
21  Q  What else?
22  A  Control the cost. I mean the profit
23 and loss is done by revenue and cost, so it was a
24 net margin that make the difference for the company.
25  Q  Who did you report to when you were the

Page 26

1   Q   So he was working in New York City, but
2   not for you?
3   A   No, directly from Rome.
4   Q   Were there any other people in the New
5   York City office who didn't report to you, but
6   instead reported to people in Rome?
7   A   I told you at the beginning of my
8   experience, yes. The controller, the financial
9   controller and the stations and Mr. Gallo and one
10  person -- one manager in charge of public relation
11  was directly dependent to Rome.
12  Q   You said that there were two early
13  retirement programs. If I understand you correctly,
14  they were both created by Mr. Gallo?
15  A   No. It was proposed by Mr. Gallo.
16  Mr. Gallo prepare all procedures, all parameters,
17  everything in order to propose to Rome. He come to
18  me and say, this is the best things we can propose
19  to Rome in order to Rome will accept because he
20  knows the rules, how many weeks you have to offer
21  and et cetera, et cetera.
22  Q   Did he come up with this early
23  retirement proposal because you or someone else
24  asked him to do it or did he do it on his own?
25  A   No, we ask him which is the best legal

Page 27

1   way in order to reduce the cost without any
2   strong -- without acting very strong against the
3   employees.
4   Q   What do you mean acting very strong?
5   A   Let go the people without any
6   compensation.
7   Q   Without any compensation?
8   A   Yes.
9   Q   Other than these two early retirement
10  programs that you've been talking about, were there
11  any other programs or initiatives that you know of
12  that were designed to reduce the number of employees
13  in the New York office while you were there?
14  A   No.
15  Q   And while you were in the New York
16  office, did any employees leave the company?
17  A   I have to ask you to repeat.
18  Q   Sure, no problem. While you were in
19  New York, did any employees leave the company?
20  A   Yes, some employees, if I remember
21  well, leave the company by its own.
22  Q   Were you able to reduce the number of
23  employees in the New York office while you were
24  there?
25  A   Yes.

Page 28

1   Q   Tell me, how did you do that? How
2   many -- you said there were 200 when you started?
3   A   Yes.
4   Q   How many were there when you left in
5   2006?
6   A   If I remember well, the exact number
7   should be around 70, 80. This number is including
8   Canada.
9   Q   I'm just talking about the New York
10  City office.
11  A   I'm sorry, when we use numbers, we use
12  number altogether. I was in charge of North
13  America, so I remember the number in all of North
14  America. In Mexico, we didn't have anybody. When I
15  say New York, it is United States and including
16  Canada. Canada totally was 14 number, 15 person
17  when I arrived and when I left, it was 10. I
18  remember the number of Canada.
19  Q   So when I asked you earlier how many
20  employees were in the New York City office, you told
21  me 200.
22  A   Yes, it was total North America.
23  Q   Thank you for clearing that up. Do you
24  remember how many were actually in New York when you
25  started?

Page 29

1   A   In New York, I have some problem to
2   remember because at the time the office open in the
3   United States and we have Canada, we have people in
4   the airport, so if I say around 100 maybe. But I'm
5   not sure. I'm sorry.
6   Q   Just so we're clear, you're saying
7   right now as you sit here that your best estimate
8   when you started working in the New York City office
9   of Alitalia in 2003 there were approximately 100
10  people in the New York City office?
11  A   Yes.
12  Q   Now, when you left Alitalia in March of
13  '07, how many employees were in the New York City
14  office?
15  A   Probably around 40, 45 New York City
16  only?
17  Q   Yes, sir. Are you familiar with the
18  American anti-discrimination laws? Do you know what
19  I mean by that?
20  A   Very familiar. What do you mean
21  familiar? Expert, if I'm expert?
22  Q   Do you know about them? Do you know
23  what they are?
24  A   For American discrimination law?
25  Q   Yes.

Page 46

1   MR. KORAL: Objection.
2   BY MR. OTTINGER:
3   Q   Is that true?
4   A   If I know the law?
5   Q   Do you know what the American
6   discrimination laws are? You understand them?
7   MR. KORAL: Objection.
8   THE WITNESS: Not deeply as in a
9   lawyer, but I know that you cannot
10  discriminate anybody for age or sex or
11  religion or disability based on that.
12  BY MR. OTTINGER:
13  Q   But you do know that if you made a
14  decision about someone in America that had an
15  adverse effect on them that was based in part on
16  their age or gender, that that would violate the
17  discrimination laws in America?
18  MR. KORAL: Objection.
19  THE WITNESS: I don't understand that
20  question, I'm sorry.
21  MR. OTTINGER: Let me have it read back
22  to you.
23  (At which time the following question
24  was read back by the reporter: "Question:
25  But you do know that if you made a decision

Page 47

1   about someone in America that had an adverse
2   effect on them that was based in part on their
3   age or gender, that that would violate the
4   discrimination laws in America?")
5   MR. KORAL: Objection.
6   THE WITNESS: I don't know how to
7   answer this question. If you ask me if I know
8   or I don't know, if any effect of actions,
9   what kind of actions?
10  BY MR. OTTINGER:
11  Q   For example, if you decided to
12  terminate an employee who worked in America based
13  upon their age -- you understand that so far?
14  A   Yes, absolutely.
15  Q   So if you decided that you wanted to
16  terminate an employee in America that was based in
17  part on his or her age, that that would be a
18  violation of the American anti-discrimination laws?
19  A   Yes, I know that.
20  Q   Do you also know that if you decided to
21  deny somebody in America an employment opportunity
22  that was based in part on their age, that that would
23  also violate the anti-discrimination laws?
24  A   Yes, I know.
25  Q   Likewise, a person's gender, if you

Page 48

1   made such a decision based upon someone's gender to
2   terminate them or demote them or not promote them,
3   that would also be a violation of the law, right?
4   A   Based on gender, yes, I know that.
5   Q   Same with age, right?
6   A   Yes.
7   Q   If you ever made a decision to fire
8   someone or demote them or not promote them or
9   transfer them to a less desirable position that was
10  based on part on their age or their gender, that
11  would be a violation of the American laws?
12  A   Yes, I know that is a violation, yes.
13  Q   What was Ester Lorusso's position when
14  you arrived in New York in 2003?
15  A   If I remember, Director of Marketing.
16  Q   Did that position change while you were
17  working in New York?
18  A   Yes.
19  Q   How so?
20  A   In 2004, if I remember well, there was
21  a company decision based on again, reduction of
22  costs to centralize all agreements with advertising
23  agency all over the world and make one contact with
24  only one advertising agencies for the world not
25  giving anymore autonomy to the branches to handle

Page 49

1   and negotiate their own contract with advertising
2   agency and mass media position in the world. And
3   United States used to have the highest budget in
4   terms of money to spend because the count and
5   because of the mass media costs. So at that time,
6   many million dollars were allocated in our budget as
7   being to Rome and centralize. This was the decision
8   of the company to close all marketing office in the
9   world or to reduce as much as possible because the
10  majority of activity of a marketing office approach
11  is mass media relationship and acquisition of the
12  space and agreement with advertising agent and
13  anything related to brand image of the company.
14  Q   How did that affect Ester Lorusso?
15  A   That was the effect that has been the
16  decision for the company to close the marketing
17  offices and there is no more space due to the change
18  for the position of director and any manager
19  position in that office. So our concern was to
20  reallocate a person like Ester or other people
21  working in marketing and a different position.
22  Q   What happened to Ester?
23  A   It was difficult to find a position for
24  Ester, but finally, because the director was high
25  level, of course, and so finally we found the

Page 50

1  position that we were thinking was very good for her
2  because in my impression, she had a very good
3  experience in advertising and to create a real
4  potential director you need to also have experience
5  of sales. So we offer -- in this way, we offer to
6  her the position of managing director, if I remember
7  well, of GA2000. And I told Ester that was a very
8  good opportunity because there was not a position
9  available. It was very good because she can work as
10 a managing director, have a lot of autonomy in her
11 profit and loss and she was not convinced in the
12 beginning and then she was convinced to accept the
13 position and also was a very huge increase of salary
14 included, so maybe that was one of the reasons that
15 she accepted.
16     Q    What happened to her marketing position
17 at Alitalia?
18     A    The marketing director has been
19 eliminated.
20     Q    Is there anyone -- was there any
21 marketing position still remaining in New York
22 after --
23     A    Sorry, I was ready to finish. Director
24 of Marketing has been eliminated. The manager for
25 marketing has been eliminated, so remain small

Page 51

1  activity of previous marketing office has been
2  relocated as the junior clerk that remain with small
3  deeds, of course.
4      Q    So what happened next to Ester Lorusso?
5      A    Ester, after a few weeks, accepted the
6  role of Managing Director. Of course, during this
7  period, she remained as a Director of Marketing
8  until she accepted GA2000 managing position.
9      Q    What happened next?
10     A    Next --
11         MR. KORAL: Objection.
12 BY MR. OTTINGER:
13     Q    Yes.
14     A    Next, I think, I don't remember, she
15 had one year experience in GA2000 and after that
16 experience I think she reach an agreement with the
17 company to move to Cargo.
18     Q    Were you involved in the decision to
19 move her to Cargo?
20     A    No, absolutely not. I already left or
21 I was leaving. But Cargo was not under my
22 jurisdiction.
23     Q    Was GA2000 under your jurisdiction?
24     A    Not really. It been a subsidy company.
25 In terms of sales activity, sales plan and a

Page 52

1  presence in the market, yes, it was coordinated by
2  me, but in terms of sales policy and everything, so
3  she come to me. We went together to visit travel
4  agency together. But in terms of company, so the
5  profit and less accountability was directed to Rome,
6  you know, in profit and loss company.
7      Q    Were there any plans in place that you
8  know of to eliminate GA2000?
9          MR. KORAL: Objection.
10         THE WITNESS: There was not any plan to
11 eliminate GA2000.
12 BY MR. OTTINGER:
13     Q    What does GA2000 do?
14     A    GA2000 was focused on ethnic traffic.
15     Q    Ethnic?
16     A    Ethnic, Italians. It's a channel of
17 our trade. There are a lot of travel agency focus
18 on Italian community. It's very large in this part
19 of the United States. Not only here in New York, of
20 course. There are travel agency in Massachusetts or
21 in Arizona. But all travel agency focus on Italian
22 traffic were being supervised by GA2000. So with
23 the special agreements, special reservation.
24     Q    What happened to GA2000?
25     A    As I know, GA2000, the company decide

Page 53

1  to close GA2000 after there was a new, stronger
2  decision by headquarter to reduce all costs and to
3  close all subsidy companies all over the world and
4  if I remember, Alitalia used to have a company with
5  aircraft, airline in Italy that was called Alitalia
6  Surprise, something like that. They close also that
7  company. It was the strategy of the company to
8  close all activities.
9      Q    Do you know if Ester Lorusso ever tried
10 to be considered for any other positions in Alitalia
11 after she started working for GA2000?
12     A    If Alitalia consider her for other
13 position?
14     Q    Do you know whether Ester Lorusso ever
15 asked to be considered for other positions in
16 Alitalia while you were working there?
17         MR. KORAL: And while she was at
18 GA2000?
19         THE WITNESS: While she was at GA2000,
20 this is the question?
21 BY MR. OTTINGER:
22     Q    Or even before that?
23         MR. KORAL: Objection.
24         THE WITNESS: Before that, she never
25 ask me any different position than Director of

Page 74

```
 1  man who told you to come here for these?
 2          MR. KORAL: Objection.
 3          THE WITNESS: I'm sorry, I was not
 4      concentrating.
 5  BY MR. OTTINGER:
 6      Q    You said a lawyer told you you should
 7  come for these depositions?
 8          MR. KORAL: Objection.
 9          THE WITNESS: Which depositions, Gallo
10      or Lorusso?
11  BY MR. OTTINGER:
12      Q    Did somebody tell you to whom here for
13  these depositions?
14      A    No. For Gallo I know I'm the
15  defendant, so I was considered that it is good that
16  I will be here, first of all.
17          Second, lawyer told me it is good that
18  I will be here and when Lorusso -- you ask me, the
19  lawyer of Lorusso ask to have my testimony, I say I
20  have nothing on contrary to give my testimony in the
21  Lorusso case because I am here on the Gallo case.
22      Q    Does the current company you work for,
23  you called it Airone?
24      A    Airone, it's one word.
25          MR. KORAL: Airone.
```

Page 75

```
 1  BY MR. OTTINGER:
 2      Q    Does that company have any connection
 3  to Alitalia?
 4      A    No. Because probably you didn't read
 5  Italian newspaper in the last months, but Alitalia
 6  Company was in sale and one of the candidate buy
 7  Alitalia was Airone.
 8      Q    Who owns Alitalia now?
 9      A    Alitalia still belong to the Italian
10  Government until negotiate and the candidate chosen
11  by Government is Air France will decide to buy
12  another company. It's in all the newspaper.
13      Q    It's in the newspaper?
14      A    Yes, every day.
15          MR. KORAL: It's in the US newspapers,
16      also.
17  BY MR. OTTINGER:
18      Q    You said that Ester Lorusso's position
19  as Director of Marketing was, you reorganized that
20  out of the New York office, right?
21          MR. KORAL: Objection.
22          THE WITNESS: Yes.
23  BY MR. OTTINGER:
24      Q    That's fair?
25      A    It was reorganized, you asked me
```

Page 76

```
 1  before, yes.
 2      Q    Part of an effort to consolidate the
 3  marketing advertising program, they eliminated the
 4  program she had in New York, is that right?
 5      A    No, no. In Rome, it's been decided to
 6  centralize all agreement with advertising agency all
 7  over the world and most important the acquisition of
 8  the media. You know, one of the most important job
 9  of marketing in New York was relationship with
10  media, acquisition of the space, make visibility of
11  the company, brand of the company, all decision
12  budget and autonomy has been centralize Rome for all
13  over the world, not only for New York. The
14  consequences of that, there was no reason to have
15  anymore Director of Marketing and the Manager of
16  Marketing in New York.
17      Q    Who made that decision?
18      A    Rome.
19      Q    Who? Who in Rome?
20      A    The company. I don't remember who.
21      Q    Where was this work moved to? Who did
22  it?
23      A    Who did effectively -- I'm sorry?
24      Q    You said that there was a change, a
25  centralization?
```

Page 77

```
 1      A    Yes.
 2      Q    Where was it centralized?
 3      A    Where?
 4      Q    Yes.
 5      A    In Rome.
 6      Q    Who took over the work that Ester
 7  Lorusso used to do?
 8      A    At that time, the Director of Marketing
 9  of Alitalia, Worldwide Director of Marketing to
10  control all budget of all over the world.
11      Q    Who is that?
12      A    Who is the person?
13      Q    Yes.
14          MR. KORAL: Who was the person?
15  BY MR. OTTINGER:
16      Q    Who was the person?
17      A    I don't remember the name.
18      Q    Did anyone from New York get
19  transferred to Rome to help out in the centralized
20  -- the new centralized program?
21      A    No, not for that.
22      Q    Do you know who Francesca Forte is?
23      A    Yes.
24      Q    She was moved from Rome to New York?
25      A    Francesca Forte is the junior clerk
```