# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

ESTER LORUSSO,

                                PLAINTIFF,

          -against-        Case No:

                        1:07 cv 03583-LBS

ALITALIA LINEE AEREE ITALIANE S.p.A.,

                            DEFENDANT.

------------------------------------------------X

               DATE: January 15, 2008

               TIME: 10:05 a.m.

     EXAMINATION BEFORE TRIAL of the

Defendant, ALITALIA LINEE AEREE ITALIANE S.p.A,

by a Witness, ANDREA PORRU, taken by the

Plaintiff, pursuant to Notice, and to the

Federal Rules of Civil Procedure, held at the

offices of The Ottinger Firm, P.C., 19 Fulton

Street, New York, New York 10019, before Nina

Velovic, a Notary Public of the State of New

York.

1                          PORRU

2    December 2005.

3          Q.    How long have you been employed by

4    Alitalia?

5          A.    Four years and a half.

6          Q.    As human resource director of the

7    Americas, what were your job duties?

8          A.    My job duties, my main

9    responsibility I will say it is to manage and

10   develop human resources activities and projects

11   within America area, providing leadership and

12   ensuring solution and coordination of the chart

13   in order to achieve company's goal.

14         Q.    What is the company's goal?

15         A.    Depends from the period.

16         Q.    In 2004, what was the company's

17   goal?

18         A.    To rescue the company because we

19   were facing a big financial crisis.

20         Q.    In 2005, what was the company's

21   goal?

22         A.    To continue to rescue the company

23   because of the financial crisis and

24   difficulties in the market.

25         Q.    In 2006?

1                    PORRU

2    an e-mail.  But I saw from the material gave

3    from Mr. Longo that the decision was taken with

4    the head office.

5         Q.    Did you ever prepare an e-mail to

6    the head office regarding their decision to

7    make such a decision?

8         A.    No, because the e-mail provided

9    from Mr. Longo about the decision were quite

10   clear for the situation.  I don't see here in

11   this e-mail but there are several e-mails

12   regarding this point.

13        Q.    If you could look at page two of

14   the document, No. 2.  I'm going to read this

15   for the record.  This is part of an e-mail that

16   you sent to Walter Longo?

17        A.    Yes.

18        Q.    And No. 2 states "Ms. Lorusso

19   claims that she has nobody reporting to her in

20   her position of director cargo marketing

21   communications, whereas on the passenger side

22   the similar position that she occupied had a

23   staff of about 14.  Is it true that nobody

24   reports to Ms. Lorusso now?  If so, why does

25   the director of cargo marketing communications

1                           PORRU
2      not require a staff?  Is this because, as Ms.
3      Lorusso claims, all cargo advertising is placed
4      out of the Rome office?  If that is true, what
5      responsibilities does the director of cargo
6      marketing communications in New York have?"
7              A.   Yes.
8              Q.   And in response I'm going to direct
9      your attention to page one which is Walter
10     Longo's response.  Do you see whether Mr. Longo
11     responded to your question?
12             A.   Yes, not in this e-mail.  He
13     responded to me in the previous e-mail he sent
14     to me, November 9th.
15             Q.   What did he say?
16             A.   I have to check that e-mail but he
17     reported to me a sort of job description the
18     position in cargo for director marketing
19     communication.
20             Q.   Other than preparing a list of
21     e-mail questions to Mr. Longo, what else did
22     you do as part of your investigation of Ms.
23     Lorusso's complaints?
24             A.   I collect the information from Mr.
25     Longo and Mr. Giulio Libutti.

1                          PORRU

2          Q.    How did you first contact Mr.

3     Giulio Libutti regarding Ester Lorusso's

4     complaint?

5          A.    I sent an e-mail to Mr. Giulio

6     Libutti who was working in Rome.

7          Q.    Mr. Porru, I'm showing you what's

8     been marked as Porru Exhibit 2 which is an

9     e-mail chain at the top right of the page it

10    indicates it's five pages long and the first

11    e-mail on page one is dated November 9, 2006

12    from Giulio Libutti to yourself.

13          A.    Yes.

14               (Whereupon, the aforementioned

15          document was marked as Porru Exhibit 2

16          for identification as of this date by

17          the Reporter.)

18          Q.    Just for clarity purposes, it looks

19    as though Mr. Libutti cut and pasted your

20    original e-mail into another e-mail and

21    superimposed his responses right under your

22    inquiries; is that correct?

23          A.    I think, yes, it's correct.

24               MR. KORAL:  Right under.  I think

25          sometimes they're actually --

Page 23

1                          PORRU
2          Q.    Right into your inquiries.  Is this
3    the e-mail you just referred to in your last
4    answer?
5          A.    Yes, it is.
6          Q.    I'm going to direct your attention
7    to page two of this e-mail under the heading
8    elimination of Lorusso's position in 2004 and
9    promotion to general manager of GA 2000.  I'm
10   going to read it for the record.   "No. 1, one
11   basis for Lorusso's sex discrimination
12   complaint seems to have been that the other
13   directors in the passenger division were male
14   and that hers was the only director position
15   eliminated.  What was the rationale for
16   eliminating Lorusso's position?"  And then in
17   response Mr. Libutti states "the previous vice
18   president of GA 2000 was a male and has been
19   fired...and the marketing director position has
20   been eliminated only after Mrs. Lorusso
21   accepted the new position in GA 2000 with a
22   huge increase of salary...the simple rationale
23   was a H.O. decision to centralize all marketing
24   activities and above all, the marketing
25   budget."  And then it looks like it goes back

Page 26

PORRU

1  during your investigation?

3          A.    Yes, because the investigation was
4  still open until the job elimination of Ms.
5  Lorusso was eliminated.

6          Q.    In the paragraph I just read, one
7  of Mr. Libutti's responses to the question "who
8  besides you participated in the decision," in
9  response Mr. Libutti says "Gallo/Galli". Is
10  that Franchesco Gallo and Pierre Andrea Galli?

11          A.    I think it's your answer is
12  correct.

13          Q.    Could it be anyone else?

14          A.    I don't know any other Gallo or
15  Galli in Alitalia company.

16          Q.    In response to this statement by
17  Mr. Libutti, did you speak with Mr. Gallo?

18          A.    No.

19          Q.    In response to Mr. Libutti's
20  statement, did you speak with Mr. Galli?

21          A.    No.

22          Q.    Why not?

23          A.    Mr. Gallo was already out of the
24  company and I didn't plan to meet him for this
25  reason.

Page 31

1                          PORRU

2    eliminations so I'm not sure if you mean her

3    ultimate job elimination or her job elimination

4    at passenger or her job elimination at GA 2000

5    or something else?

6         A.    After her elimination in 15 January

7    2007.

8         Q.    Is that January 15th, is that when

9    Ms. Lorusso was terminated from Alitalia?

10             MR. KORAL:   Objection.

11        A.    No, she was communicated that her

12   job position was eliminated.

13        Q.    Was she offered another job

14   position?

15        A.    I don't recall.

16        Q.    You don't recall whether Ms.

17   Lorusso was offered another job position?

18        A.    Not at this time.  I have to check

19   my file.

20        Q.    Mr. Porru, I'm going to show you

21   what's been marked as Porru Exhibit 3.  This is

22   a letter from you to Ester Lorusso dated

23   January 18, 2007.  The first sentence states

24   "after I presented you with a special severance

25   package prepared for you in connection with the

Page 32

PORRU

1
2  elimination of your position and the impending
3  termination of your employment, you rejected it
4  outright." Does that refresh your recollection
5  as to whether Ms. Lorusso was offered another
6  job position at Alitalia?
7      A.   Yes, we spoke about her job
8  elimination and the possibility for her to
9  accept a severance package because she was a
10 director and we decided to treat her in a
11 special way instead of giving only the regular
12 severance for the job elimination.
13          (Whereupon, the aforementioned
14          document was marked as Porru Exhibit 3
15          for identification as of this date by
16          the Reporter.)
17          MS. KURZON:  Move to strike the
18          unresponsive portions.
19      Q.   Mr. Porru, does that refresh your
20 recollection as to whether Ms. Lorusso was
21 offered another job position at Alitalia?
22      A.   Yes.
23      Q.   Was Ms. Lorusso offered another job
24 position at Alitalia?
25      A.   No.

```
 1                    PORRU
 2        Q.    What would you check?
 3        A.    If I was in Rome in that period.
 4        Q.    Mr. Porru, I'm going to direct your
 5   attention to page three of five of Porru
 6   Exhibit 2 which we were previously looking at.
 7   Specifically No. 5 at the top of the page.  I
 8   understand there are two number five's on this
 9   page.  Page three, No. 5 at the top of the
10   page.  You asked Mr. Libutti the following
11   question, "when the general manager position
12   ended, Lorusso's salary which had been raised
13   substantially when she got the job, was cut
14   back to a director's level.  Did you make that
15   decision?"  In response Mr. Libutti states "no,
16   it was a cargo decision."  Did you follow up
17   with Mr. Longo or anyone else at cargo
18   regarding that decision?
19        A.    No, because as I already told you,
20   it was part of my plan to proceed the
21   investigation since Ms. Lorusso decided to end
22   the investigation.
23        Q.    If I could direct your attention to
24   page four of five under the title Lorusso's
25   transfer to the cargo department.  Under No. 1
```

Page 37

1            PORRU
2  employment with Alitalia?
3        A.    I don't know.
4        Q.    Did you speak with Mr. Marchese
5  after Mr. Libutti advised you that he would be
6  someone you should speak with?
7        A.    No, I didn't speak with him about
8  this point.
9        Q.    Was that because Mr. Marchese was
10  no longer employed by Alitalia?
11       A.    No, because it was a part of my
12  investigation to collect all the information
13  and proceed with direct feedback first of all
14  with Mr. Libutti and Mr. Longo and then
15  involving the other people in the answers.
16       Q.    After you received all this
17  information from Mr. Longo and Mr. Libutti, did
18  you feel it was necessary to continue the
19  investigation?
20       A.    Absolutely yes.
21       Q.    What did you do, if anything, in
22  connection with continuing the investigation?
23       A.    I planned to proceed in the
24  investigation as soon as the timing and the
25  scheduling of my job allowed me.  And then when

Page 38

1              PORRU

2  I was communicated about the situation of Ms.

3  Ester Lorusso I asked her a meeting and she

4  decided not to meet me.

5         Q.    When was this meeting requested to

6  be held?

7         A.    Sorry the meeting with who?

8         Q.    The meeting you just referenced

9  where you requested a meeting with Ester

10 Lorusso but she declined to appear?

11              MR. KORAL:  Why don't you rephrase

12         that and ask when he asked her to have a

13         meeting?

14         Q.    When did you request a meeting with

15 Ester Lorusso?

16         A.    In January.

17         Q.    In January?

18         A.    Yes.

19         Q.    2007?

20         A.    Yes.

21         Q.    What was the purpose of this

22 meeting?

23         A.    The purpose was to proceed

24 investigation of her complaint.

25         Q.    Did this meeting take place?

Page 39

1                        PORRU
2          A.    No, because she didn't accept to
3    proceed on the investigation.
4          Q.    When did you learn that Ester's
5    last position with Alitalia was going to be
6    eliminated?
7          A.    It was in December, around mid
8    December.
9          Q.    And how did you learn of this?
10         A.    Mr. D'llario who was the chief of
11   cargo came from Rome and told me that the head
12   office took that decision in connection with
13   worldwide cargo re-organization.
14         Q.    Prior to mid December when Mr.
15   D'llario told you that the head office took the
16   decision to re-organize worldwide cargo, did
17   you have any impression regarding Ms. Lorusso's
18   job security?
19         A.    No, as I wrote to Ms. Lorusso, her
20   concern about the job was unjustified.
21         Q.    But, in fact, her job was
22   eliminated?
23         MR. KORAL:   Objection.
24         A.    It was due to worldwide cargo
25   re-organization which I was not aware of when I

1          PORRU

2    wrote to Ms. Lorusso.

3          Q.    During this deposition we often

4    refer to the head office.  For example, the

5    head office made the decision.  Who exactly do

6    you mean at the head office?

7          MR. KORAL:  Objection.

8          Q.    If you understand my question you

9    can answer.

10         A.    I mean the cargo division with the

11   human resources department.  I don't know if

12   it's involved also somebody other.  That's all

13   I know.

14         Q.    Is there someone in particular in

15   the cargo, human resources department in the

16   head office that you're referring to?

17         A.    It was Mr. Luca Bruni who was HR

18   international for foreign markets and that's

19   all I know.

20         Q.    Did you investigate any other

21   complaints of Ester Lorusso Lorusso's other

22   than the one we discussed today?

23         A.    No, this is the only one I

24   investigated.  You mean of Ester Lorusso?

25         Q.    Of Ester Lorusso, yes.

Page 44

1                              PORRU

2      investigation but following her termination did

3      you continue to investigate her complaint?

4                    MR. KORAL:  Objection.

5              A.    No, I didn't continue because after

6      I sent to Ms. Lorusso a letter asking a meeting

7      which she was not interested in, I decided not

8      to continue.

9              Q.    Did you put your decision not to

10     continue the investigation in writing?

11             A.    I don't recall.

12             Q.    Is it your practice to put such a

13     decision in writing?

14             A.    Yes, it's a practice.  I remember I

15     sent a similar letter to Mr. Marioti saying

16     that the matter was closed because he was not

17     interested in continuing my investigation.  I

18     don't recall if I sent to Ms. Lorusso too.

19             Q.    Other than Ms. Lorusso's complaints

20     of age and gender discrimination and Mr.

21     Marioti's complaints of sex discrimination,

22     have you investigated any other complaints in

23     your capacity as either human resource director

24     of the Americas or human resource director

25     North America or human resource manager for