# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ESTER LORUSSO,

                              PLAINTIFF,

      -against-        Case No:
                        1:07 cv 03583-LBS

ALITALIA LINEE AEREE ITALIANE S.p.A.,

                              DEFENDANT.
------------------------------------------------X

        DATE: January 8, 2008
        TIME: 2:12 p.m.


     EXAMINATION BEFORE TRIAL of the
Defendant, ALITALIA LINEE AEREE ITALIANE S.p.A,
by a Witness, ANGELA ROSS, taken by the
Plaintiff, pursuant to Notice, and to the
Federal Rules of Civil Procedure, held at the
offices of The Ottinger Firm, P.C., 19 Fulton
Street, New York, New York 10019, before Nina
Velovic, a Notary Public of the State of New
York.

ORIGINAL

Page 23

1           ROSS
2   the information contained because I provided
3   it.
4           (Whereupon, the aforementioned
5       document was marked as Plaintiff's
6       Exhibit D for identification as of this
7       date by the Reporter.)
8       Q.   Do you recognize Exhibit D?
9       A.   It's a letter informing you that
10  after we produced the list attached in A there
11  were two more people that resigned from the
12  service of Alitalia by the end of December of
13  2007.  DeRienzo and D'Ascanio.
14      Q.   Did either of those people leave
15  pursuant to one of the early retirement
16  packages that you described?
17      A.   No, they resigned.
18      Q.   How many people were in Alitalia's
19  New York office in December of 2007?
20      A.   Less than 100.
21      Q.   How many?
22      A.   I don't know.  I would estimate 60.
23      Q.   What's the approximate difference
24  in size in the staff from December 2007 to
25  January 2004, does that make sense to you?

```
                                              Page 24
 1                    ROSS
 2        A.    New York or throughout?
 3        Q.    New York.
 4        A.    We are probably 70 percent of what
 5   we used to be in 2004.
 6        Q.    What's the reason for the change in
 7   size?
 8        A.    People left for the early
 9   retirement, people resigned and a handful of
10   people that were terminated for other reasons.
11   And most of the people who left were not
12   replaced.
13        Q.    Why weren't they replaced?
14        A.    I have no idea.
15        Q.    Did you look at any of the early
16   retirement packages in preparation for this
17   deposition?
18        A.    I glanced at them, yes.
19        Q.    Could you show them to me?
20              MR. KORAL:  Objection.  What do you
21        mean could she show them to you?
22        Q.    Do you have them with you?
23              MR. KORAL:  She's not consulting --
24              MR. OTTINGER:  She didn't say she
25        did.
```