# EXHIBIT AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTER LORUSSO,

        Plaintiff,

-against-

ALITALIA-LINEE AEREE ITALIANE SpA,

        Defendant.

---

Case No. 07 CV 3583 (LBS)(RLE)

## DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant Alitalia Linee Aeree Italiane SpA ("Alitalia" or "Defendant"), by its attorneys, Vedder, Price, Kaufman & Kammholz, P.C., hereby responds to plaintiff Ester Lorusso's ("Lorusso" or "Plaintiff") Second Set of Interrogatories (the "Interrogatories").

## GENERAL OBJECTIONS

The following general objections to the Interrogatories (the "General Objections") apply to and are incorporated in each of the specific responses set forth below:

1    Defendant objects to Plaintiff's Interrogatories to the extent that they seek documents or information already produced as part of Defendant's Initial Disclosures or in response to Plaintiff's previous document requests or interrogatories.

2.    Defendant objects to Plaintiff's Interrogatories to the extent that they seek documents or information that are outside the permissible scope of discovery or seek to impose obligations upon Defendant that are greater than or different from those imposed by the Federal Rules of Civil Procedure or this Court's Local Civil Rules (General Instruction numbers 1, 2, 4, 5, 9 and 10).

1

NEWYORK/#193772.1

3. Defendant objects to Plaintiff's Interrogatories to the extent that they seek documents or information "from the date Plaintiff first applied for a position as an employee of Defendant" (General Instruction number 11). Defendant will respond to these Interrogatories, except where otherwise expressly stated, from January 1, 2004 to the present (the "relevant time period").

4. In responding to the Interrogatories, Defendant does not concede and expressly reserves its right to object to the relevance, materiality or admissibility of any of the information sought by the Interrogatories, and does not waive any objection it may be entitled to assert to the relevance, materiality and/or admissibility as evidence or for any other purpose of any such information at any trial, hearing or other proceeding in this action or any other action.

## OBJECTIONS TO DEFINITIONS

1. Defendant objects to Definition 2 ("Defendant") as overbroad and not reasonably calculated to lead to the discovery of relevant or admissible evidence. Defendant will respond on behalf of itself and its predecessors only.

2. Defendant objects to Definition 3 ("Employee") as overbroad and not reasonably calculated to lead to the discovery of relevant or admissible evidence. Defendant will respond only with respect to individuals who have been regular employees of Alitalia during the relevant time period, except that Defendant will also respond, if appropriate, with respect to Francesco Gallo, who became a consultant on September 15, 2005.

3. Defendant objects to Definition 5 ("Document") to the extent that that definition deviates in any way from the definition of that term in Local Civil Rule 26.3.

2

NEWYORK/#193772.1

4. Defendant objects to Definition 6 ("Personnel File(s)") as overbroad, vague and ambiguous and not reasonably calculated to lead to the production of admissible evidence. Defendant will produce its official personnel file in response to any request for personnel files as to which it agrees to produce documents.

5. Defendant objects to Definition 8 ("Concerning") to the extent that that definition deviates in any way from the definition of that term in Local Civil Rule 26.3.

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 1:** Please provide information about the number of employees in Alitalia's New York office in 2003, 2004, 2005, 2006 and 2007.

**ANSWER TO INTERROGATORY NO. 1:**

Defendant objects to this interrogatory on the grounds that it is vague and ambiguous. Defendant further objects to this interrogatory on the grounds of temporal overbreadth, to the extent that it seeks information pertaining to the year 2003. Notwithstanding, subject to and without waiving the foregoing and the General Objections, Defendant refers Plaintiff to the attached Exhibit A and states that the information therein was gleaned from payroll records maintained by Alitalia.

**INTERROGATORY NO. 2:** Please provide information about the name, age, title, gender and indication of hire and/or termination date of employees in Alitalia's New York office who were hired and/or terminated from 2003 through 2007.

**ANSWER TO INTERROGATORY NO. 2:**

Defendant objects to this request as duplicative of Plaintiff's First Set of Interrogatories, Interrogatory No. 1, to the extent that it seeks documents reflecting "the name, age, title... and indication of... termination date" of employees in Alitalia's New York office who were terminated from 2004 through 2007. Defendant further objects to this interrogatory on the

3

grounds of temporal overbreadth, to the extent that it seeks information pertaining to the year 2003. Defendant also objects to this interrogatory as not reasonably calculated to lead to the discovery of relevant or admissible evidence to the extent that it seeks the hire date of employees not hired during the years specified or the termination date of employees not terminated during the years specified. Notwithstanding, subject to and without waiving the foregoing and the General Objections, Defendant refers Plaintiff to its previously-served Responses to Plaintiff's First Set of Interrogatories, Interrogatory No. 1 and to the attached Schedules B and C, and states that the information therein was gleaned from payroll records maintained by Alitalia.

Dated: April 21, 2008

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

By: _____
Alan M. Koral (AK 1503)
Daniel C. Green (DG 0057)

1633 Broadway, 47th Floor
New York, New York 10019-6771
(212) 407-7700
*Attorneys for Defendant
Alitalia, Linee Aeree Italiane SpA*

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTER LORUSSO,

        Plaintiff,

-against-

ALITALIA-LINEE AEREE ITALIANE SpA,

        Defendant.

---

Case No. 07 CV 3583 (LBS)(RLE)

## VERIFICATION

**STATE OF NEW YORK**    )
                                 ) ss.:
**COUNTY OF NEW YORK**  )

Angela Ross, being duly sworn, deposes and says:

I have, since 1999, served as Manager, Compensation and Benefits for the United States operations of Alitalia Linee Aeree Italiane SpA ("Alitalia"), defendant in the captioned action. I have read the foregoing Response of Alitalia to Plaintiff's Second Set of Interrogatories and know the contents thereof, and the same are true to my own knowledge except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

                                                   _____
                                                   Angela Ross

Sworn to and subscribed before me
This ___ day of April 2008

_____
Notary Public

DOMINICK CHIULLI
Notary Public, State of New York
No. 30-4782738-Nassau County
Commission Expires Dec. 31, 10 2009

5

NEWYORK/#193772.1

| Schedule A: Number of Employees in Alitalia's New York Office ||
|---|---|
| DATE | NUMBER OF EMPLOYEES |
| December 31, 2003 | 130 |
| December 31, 2004 | 111 |
| December 31, 2005 | 75 |
| December 31, 2006 | 58 |
| December 31, 2007 | 48 |

**Schedule B: Name and Sex of Employees Terminated in Alitalia's New York Office Between January 1, 2004 and December 31, 2007**

| NAME | SEX |
|---|---|
| ANGRISANI, K. | F |
| ANTONELLE, L. | F |
| AURICCHIO, M. | F |
| BACKSTROM, P. | M |
| BENTIVEGNA, V. | F |
| BERTOLOTTI, L. | M |
| BESCHLOSS, M. | F |
| BONANNO, I. | F |
| BOULOS, S. | F |
| BRTALIK, G. | M |
| BRUNO, M. | M |
| CARNAZZA, C. | F |
| CASCIANO, B. | F |
| CERRATI, J. | M |
| CHILLEMI, T. | F |
| CIMINO, L. | F |
| CODIGLIA, A. | F |
| COLUCCI, M. | M |
| CORBANESE, A. | M |
| DAGRI, G. | M |
| DE BITETTO, P. | F |
| DE NITTO, C. | F |
| DI CLEMENTE, S. | F |
| DI GIOVANNA, F. | M |
| DI GIROLAMO, L. | M |
| D'ORO, O. | M |
| FALCO, M. | M |
| FAVANO, S. | M |
| FERRARA, V. | M |
| FERRO, J. | M |
| FIORE, A. | F |
| FONTANILLA, R. | M |
| GADALETA, C. | M |
| GALLO, F. | M |
| GARGIULO, G. | M |
| GASPARRO, M. | M |
| GICALA, M. | F |
| GIOVANNELLI, A.M. | F |
| GLICKSON, R. | F |
| GRIGOLO, P. | F |
| GRUPPUSO, F. | F |
| GUIDOTTI, P. | M |
| GUPTA, A. | F |
| HELD, D. | M |
| KRANJAC, E. | F |
| LA CENERE, A. | F |
| LAWRENCE, C. | M |
| LICCIARDELLO, M. | F |
| LOPEZ, E. | M |
| LORUSSO, E. | F |

| Name | Sex |
|---|---|
| LOTTI, M. | F |
| LOWELL, M. | F |
| MAC DONALD, J. | F |
| MAINENTI, A. | F |
| MANUELIAN, M. | F |
| MANZI, R. | F |
| MARCHESE, M. | M |
| MARIANI, A. | F |
| MARIOTTI, G. | M |
| MARTINELLI, V. | M |
| MARTORI, A. | F |
| MARZELLA, C. | M |
| MASSIE, L. | F |
| MATTIA, J. | M |
| MELI-GRISANZIO, A. | F |
| MICHAEL, S. | M |
| MIOLOVIC, T. | F |
| MIRO, R. | F |
| MOELLER, A. | M |
| MURA, S. | M |
| N'DIAYE, I. | M |
| NOTO, G. | M |
| OKSUZ, D. | M |
| OLIVA, F. | M |
| O'NEILL, T. | M |
| ORLANDO, G. | M |
| PACIS, V. | F |
| PAOLANTONIO, S. | F |
| PARADISI, W. | M |
| PASQUALONE, E. | M |
| PATTI, T. | F |
| PERISSI | M |
| PERSICO, D. | F |
| PETRILLO, O. | M |
| PICONE, R. | M |
| PILLONI, A. | M |
| PITANZA, C. | F |
| PREVID, L. | F |
| PURPURA, S. | F |
| QUAGLIA, S. | F |
| RACLI, J. | F |
| RAHI, A. | F |
| RASIZZI, C. | M |
| RICHARDS, C. | F |
| RUSSO, A. | M |
| SALLUSTI, G. | M |
| SANGIAMO, R. | F |
| SANTANA, M. | F |
| SAVELLA, N. | M |
| SCIARRINO, F. | F |
| STRINO, P. | M |
| SWINTON, N. | F |
| TAMAYO, C. | F |
| TEDESCO, C. | M |
| TURCHI, C. | F |
| TYBURSKI, J. | F |
| VALENTINO, A. | M |
| VALLS, M. | F |
| VEGA, M. | F |
| VELAZQUEZ, M. | F |
| VILLALTA, E. | F |

| | |
|---|---|
| VISONE, S. | M |
| VOLI, M. | M |
| WENDT, K. | F |
| WULFF, C. | M |
| ZAGARI, A.M. | F |
| ZAZZI, M. | F |

| Schedule C: Name, Title, Date of Hire, Age at Hire and Sex of Employees Hired in Alitalia's New York Office Between January 1, 2004 and December 31, 2007 (Asterisk Indicates Subsequent Termination) |
|---|---|---|---|---|---|
| NAME | TITLE | BIRTH DATE | HIRE DATE | AGE AT HIRE | SEX |
| Allessio, C. | Sales Planning Assistant | 5/21/1982 | 5/1/2006 | 24 | M |
| Caputo, M. | Executive Assistant | 5/19/1967 | 5/1/2007 | 40 | F |
| Falleroni, S. | Sales Support in-house Analyst | 11/4/1982 | 7/16/2007 | 25 | F |
| Fontanilla, R.* | Business Quality Analyst/CGO | 2/23/1977 | 12/16/2004 | 27 | M |
| Green, D. | Trade Marketing Assistant | 8/29/1984 | 6/16/2006 | 22 | M |
| La Cenere, A.* | Budget & Cost Control Analyst | 12/3/1979 | 1/24/2005 | 26 | F |
| Landini, D. | Director Administration/NAM | 1/30/1970 | 10/16/2006 | 36 | M |
| Miolovic, T.* | Mgr. Employee Relat. & Organiz. Developm. | 8/3/1974 | 4/3/2006 | 32 | F |
| Mura, S.* | Marketing Analyst/CGO | 10/13/1959 | 4/17/2006 | 47 | M |
| Oishi, C. | Corporate Sales Consult. | 7/30/1980 | 9/1/2005 | 25 | M |
| Oksuz, D.* | Cashier | 8/10/1973 | 12/16/2004 | 31 | M |
| Oliva, F.* | Accounts Control Rep. | 11/26/1953 | 5/1/2007 | 54 | F |
| Quaglia, S.* | Statistical Analyst | 9/12/1981 | 6/26/2006 | 25 | F |
| Rahi, A.* | Tariffs Analyst | 4/27/1975 | 6/1/2006 | 31 | F |
| Reyes, N. | Group Desk Rep. | 10/24/1980 | 5/1/2007 | 27 | F |
| Rocha, M. | Customer Relations Rep. | 12/13/1982 | 3/16/2007 | 25 | M |
| Strino, P.* | Director, Regulatory Affairs | 9/13/1975 | 5/1/2007 | 32 | M |
| Ucker, K.* | Marketing Analyst/CGO | 3/21/1977 | 12/1/2004 | 27 | F |
| Valls, M.* | Cash Management Rep. | 8/28/1958 | 6/1/2006 | 48 | F |
| Villalta, E.* | Internet Sales Rep. | 8/10/1979 | 5/1/2006 | 27 | M |
| Wulff, C.* | Corp. Support Unit Rep. | 9/24/1979 | 8/1/2005 | 26 | F |
| Yang, N. | Sales Analyst | 8/2/1975 | 10/1/2007 | 32 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTER LORUSSO,

        Plaintiff,

    -against-

ALITALIA–LINEE AEREE ITALIANE SpA,

        Defendant.

---

07 CV 3583

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

    Tina Fossetta, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and not a party to this action, and reside in Queens, New York.

    2.    On April 21, 2008, I caused the within **DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** to be served upon plaintiff by causing a true copy of same, enclosed in an envelope addressed as shown below, to be delivered by overnight courier to:

        Robert Ottinger, Esq.
        Carolyn Horan, Esq.
        The Ottinger Firm, P.C.
        19 Fulton Street, Suite 408
        New York, New York 10038
        *Attorneys for Plaintiff Ester Lorusso*

                                                      Tina Fossetta

Sworn to and subscribed before me
this ___ day of April, 2008

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2024

NEWYORK/#193772.1