**MEMO ENDORSED**



**VEDDER PRICE**

ALAN M. KORAL
212-407-7750
akoral@vedderprice.com

RECEIVED MAY 1 5 2008 CHAMBERS OF LEONARD B. SAND

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
212-407-7700
FACSIMILE: 212-407-7799

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

May 14, 2008

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08**

**BY HAND**

Hon. Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1650
New York, New York 10007

    Re:    <u>Lorusso v. Alitalia Linee Aeree Italiane, SpA</u>; 07 Civ. 3583 (LBS)(RLE)

Your Honor:

    We represent defendant Alitalia Linee Aeree Italiane, SpA, in the above action and write, together with counsel for the plaintiff, Ester Lorusso, in order to convey to the Court certain deadlines that we have agreed upon pertaining to defendant's currently pending motion for summary judgment:

- May 30: Plaintiff's Opposition to be served and filed;

- June 19: Defendant's Reply to be served and filed; and

- June 23: Oral argument to be held at a time to be determined by the Court at its convenience.

    If this schedule meets with the Court's satisfaction, we ask that it be So Ordered and submitted to the clerk for entry into the docket.

    We thank the Court in advance for its consideration in this matter.

**MEMO ENDORSED**

So ordered
/s/ Sand
USDJ
5/19/08

VEDDERPRICE

Hon. Leonard B. Sand
May 14, 2008
Page 2

Very truly yours,

Alan M. Koral

cc:    Robert W. Ottinger, Esq. (by electronic mail)