# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

FRANCESCO GALLO,

                Plaintiff,

     -against-       CASE NO.
                     07 CV 06418 (CM)(HP)

ALITALIA - LINEE AEREE ITALIANE -
SOCIETA PER AZIONI, PIERANDREA GALLI,
and GIULIO LIBUTTI

                Defendants.
----------------------------------------X

              1633 Broadway
              47th Floor
              New York, New York 10019-7513

              January, 22, 2008
              1:25 p.m.

      DEPOSITION of GIULIO LIBUTTI, the Defendant in the above-entitled action, taken on behalf of the Plaintiff, held at the above time and place, and taken before Rachael Hodgson, a reporter and Notary Public within and for the State of New York.

Page 42

1        G. LIBUTTI
2    A. I don't know.
3    Q. Do you know if McKinsie had a secretary at
4  Alitalia?
5        MR. KORAL: Objection.
6    A. I don't know.
7    Q. Do you know if Mr. Gallo received paychecks after
8  September 15th of 2005?
9    A. I don't know.
10   Q. Do you know if Mr. Gallo ever submitted a bill
11 for any consultancy services after September of 2005?
12   A. Not to me.
13   Q. Do you know if he did to anyone?
14   A. I don't know.
15   Q. Did you ever discuss it with him?
16   A. No.
17       MR. SMITH: Take a five minute break.
18       MR. KORAL: Sure.
19       (Whereupon, a short recess was taken from
20       2:16 until 2:20 p.m.)
21   Q. Did Alitalia ever introduce a pension plan for
22 any of it's employees?
23   A. Pension plan?
24   Q. Yes.
25   A. When I was in the United States I knew there was

Page 43

1        G. LIBUTTI
2  a pension plan, yes.
3    Q. What about an early retirement plan?
4    A. Yeah.
5    Q. How many early retirement plans are you aware of?
6    A. If I remember, two.
7    Q. And when was the first one?
8    A. 2004.
9    Q. And that was in New York?
10   A. Yeah.
11   Q. And how did you first become aware of this early
12 retirement plan in 2004?
13   A. Because we had a meeting with Mr. Galli, Mr.
14 Gallo, myself, our financial controller and I was aware
15 there was an early retirement plan.
16   Q. Who called that meeting?
17   A. Probably Mr. Galli.
18   Q. Was the early retirement plan Mr. Galli's idea?
19   A. No, it was Mr. Gallo's idea.
20   Q. And did Mr. Gallo explain to you why?
21   A. Because in order to reach the target of the head
22 office gave to us in order to reduce the cost of the
23 company and number of employees because it was too
24 expensive for the company, facing a very strong crisis,
25 financial crisis, the best way and the legal way because

Page 44

1        G. LIBUTTI
2  Mr. Gallo was the only person in charge of all legal
3  aspect. He advised the company that the best way was an
4  early retirement plan to not have any legal problem.
5    Q. Now you said the head office told you to reduce
6  the number of employees?
7    A. Not to me.
8        MR. KORAL: Objection.
9    Q. Who did the head office tell that to?
10       MR. KORAL: Objection.
11   A. The office didn't say to reduce the number of
12 employees. The office say that you should take care of
13 the cost of the company and of, course, number employees
14 means a lot of cost for the company. So one of the
15 action, apart of other actions to reduce the cost has
16 been taken. We transfer the company from 666 off of
17 Fifth Avenue to Empire State Building to reduce the
18 cost.
19   Q. And whose idea was it to reduce the number of
20 employees?
21       MR. KORAL: Objection.
22   A. It's one of the -- if you have to reduce the cost
23 and one of the needs is to reduce the number of
24 employees in terms of organization, to reorganize the
25 company, to improve efficiency and productivity.

Page 45

1        G. LIBUTTI
2    Q. Whose idea what is it?
3        MR. KORAL: Objection.
4    A. Head office.
5    Q. You said before that the head office gave the
6  idea of reducing the cost?
7    A. Yes.
8    Q. Did they also give the idea of reducing the
9  number of employees or was that your idea, Mr. Galli's
10 idea, or Mr. Gallo's idea.
11   A. No, it was not a direct order. They said if it's
12 possible according to the law of each country because it
13 was a world wide request, please check if there is any
14 possibility to reduce the cost of reducing the number of
15 employees.
16   Q. And that was in 2004?
17   A. 2004, yes.
18   Q. And can you tell me what steps were taken within
19 Alitalia to reduce the number of employees?
20       MR. KORAL: Objection.
21   A. In 2004 I was -- I mean, Mr. -- the question is
22 which step has been taken?
23   Q. Yes.
24   A. Okay. I mean it has been taken, if I remember
25 there was call center project. The call center was