# EXHIBIT H

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

ESTER LORUSSO,

                Plaintiff,

    -against-

                1:07 CV 03583-LBS

ALITALIA-LINEE AEREE ITALIANE, SpA,

                Defendant.

----------------------------------x


DEPOSITION OF FRANCESCO GALLO

Monday, January 7, 2008

New York, New York




REPORTED BY:

Holly Hough

```
                    GALLO           6
 1
 2  EXAMINATION BY MS. KURZON:
 3     Q.  Good morning, Mr. Gallo.
 4     A.  Good morning.
 5     Q.  My name is Carrie Kurzon. I represent the
 6  plaintiff, Ester LoRusso, in this matter. I'm going
 7  to be asking you some questions today. I ask that
 8  all of your answers be verbal so that the court
 9  reporter can take them down, and that you also let
10  me finish my questions before you begin your
11  answers, even if you believe you know what I'm going
12  to ask you, again, for the ease of the court
13  reporter. And if you don't understand any of my
14  questions, please let me know and I will rephrase
15  them for you. Do you understand?
16     A.  Yes.
17     Q.  Are you testifying today pursuant to a
18  subpoena that my office served you with previously?
19     A.  Yes.
20     Q.  And is there any reason you cannot testify
21  truthfully today?
22     A.  No.
23     Q.  Mr. Gallo, were you previously employed by
24  Alitalia?
25     A.  Yes, I was.
```

```
                    GALLO           7
 1
 2     Q.  And what were the dates of your
 3  employment, approximately?
 4     A.  September 30, 1968 up through May, I
 5  believe, 8th, May 8, 2006.
 6     Q.  And what were your titles that you held
 7  while employed by Alitalia? We can start from the
 8  beginning.
 9     A.  Well, it is a long time ago. I started as
10  a junior accountant in the Accounting Department.
11  While I was in the Administration Department, after
12  probably one year or so, I was promoted to
13  accountant.
14         Following that I was promoted to
15  supervisor, financial agreement. After that I was
16  transferred to be a supervisor of credit and
17  collection for North America. After one year, I was
18  a supervisor for credit and collection.
19     Q.  Supervisor for what?
20     A.  Credit and collection.
21     Q.  Okay.
22     A.  I agreed with Alitalia to spend two weeks
23  in Rome and two weeks in United States, where I
24  performing my duty as credit-and-collection
25  supervisor to design a system, an accounting system,
```

```
                    GALLO           8
 1
 2  for the credit-and-collection procedure, which did
 3  not exist. And because --
 4         MR. AKIN: She wants to know just about
 5      your titles, not go into details of your
 6      titles, just the titles.
 7         THE WITNESS: Oh, sorry, okay.
 8     A.  After that I was promoted to
 9  administrative manager assistant for North America.
10  After a year or two, I was promoted to
11  administrative manager for North America.
12     Q.  Are you saying administrative?
13     A.  Administrative manager.
14     Q.  Thank you.
15     A.  And after that I was promoted to CFO,
16  North America and vice president human relation,
17  North America. After that I took part of the
18  committee for the human relation to represent
19  Alitalia.
20         MR. AKIN: She's interested in just the
21      titles, not what you did in those capacities,
22      just in what the title was.
23     A.  Well, title remained the same, but okay.
24  What I wanted to say, that I was also part of the
25  committee, there was no special title, with KLM
```

```
                    GALLO           9
 1
 2  Alitalia Alliance. Came a point that actually from
 3  '95 on, I believe, that I maintained the CFO title,
 4  the vice president human relation, vice president
 5  security for North America, till the end of 1999,
 6  when I was nominated managing director for North
 7  America. I believe in 2002, I became senior vice
 8  president, senior vice president, regulatory affair
 9  for North America, May 2008.
10     Q.  May 2000-what?
11     A.  May 2006, they fired me.
12     Q.  And when you became senior vice president,
13  regulatory affairs for North America in
14  approximately 2002, did you maintain your title as
15  CFO?
16     A.  No, I maintained the title of CFO up to
17  the time that I was also a managing director and
18  vice president human resources for North America.
19  Actually, if you see it as being for a period of
20  time that I had four major functions altogether.
21     Q.  At which point in time?
22     A.  1999, I'll say, to 2001.
23     Q.  And what were those four major functions?
24     A.  CFO, vice president, human resources,
25  security.
```

3 (Pages 6 to 9)

One Penn Plaza, NYC              Toby Feldman, Inc.                  tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   tel (800) 246.4950

```
                    GALLO                  10
   Q.  Vice president of security for North
America?
   A.  Right, and managing director.
   Q.  And in 2002, when you were promoted to
senior vice president, regulatory affairs for North
America, what were your job responsibilities at that
time?
   A.  If I may, I would like to correct that.
   Q.  Please do.
   A.  It was not a promotion, but it was a
demotion.
   Q.  Oh, thank you.
   A.  As far as I'm concerned.
   Q.  Okay.
   A.  And as far as Alitalia was concerned.
   Q.  When you were demoted in 2002 to senior
vice president regulatory affairs for North America,
what did your job duties consist of?
   A.  The regulatory affair for North America,
security, legal, and for a period of time, vice
president human resources.
   Q.  Were you told why you were being demoted
at that time?
   A.  Yes.
```

```
                    GALLO                  11
   Q.  What was the reason?
   A.  I was hospitalized. When Mr. Luigi
DiBianco, the two officers of Alitalia from Rome,
came and visit me and told me that the CEO decided
to restructure the North America setup, and they
were dividing the responsibility between me and a
younger manager coming from Italy.
   Q.  And who is that?
   A.  Mr. Wulff.
   Q.  That Neals Wulff?
   A.  Neals Wulff, right.
   Q.  And who was the CEO at that time?
   A.  Francesco, like me, Mengozzi.
   Q.  And from 2002 through the time of your
termination, did part of your job responsibilities
include receiving complaints from other employees?
   A.  Yes, with the exception of frame of time
when Alitalia headquarters office transferred
Mr. Andrea Sciarresi as director of human resources.
   Q.  And during that time period, you did not
receive complaints?
   A.  If I did received any complaint, if had
received any complaint, I would refer that to
Mr. Sciarresi.
```

```
                    GALLO                  12
   Q.  And what time period are you referring to
when Mr. Sciarresi was director of HR and you would
refer complaints to him?
   A.  I don't remember the specific dates, but I
believe that it was around 2003, the end of 2002,
2003.
   Q.  In your capacity as senior vice president
from 2002 through the time of your termination, who
reported to you, if anyone?
   A.  Well, after that, Mr. Sciarresi got sick
and left, I was asked to retake the human resource
directly, so I had --
      MR. AKIN:  Her question is very specific.
   She just wants to know people that reported to
   you, who were subordinates that reported to
   you, if I understand the question correctly.
      THE WITNESS:  Okay.
   A.  Angela Ross.
   Q.  And what are their titles?  I'm sorry.
   A.  Manager payroll, I believe, benefit and
payroll. Stephanie --
   Q.  DiClemente?
   A.  DiClemente, right.  You know better than I
do.
```

```
                    GALLO                  13
   Q.  And what was her title?
   A.  Manager training and development,
something like that. And I believe Linda, Linda, I
believe Monsarvartes, something like that.
      MR. AKIN:  If you don't remember, tell her
   you don't know.
   Q.  Just let me know if you don't remember
anything.
      Do you recall what Linda's title was?
   A.  She was reporting to payroll,
representative anyway. And Marta Lotti, she was
public relation director, North America; Orlando
D'Oro, vice president regulatory affair; Juliana
McDonald, my assistant. And that's what I remember.
   Q.  And in your capacity as senior vice
president in 2002 through the time of your
termination, who you did report to?
   A.  To the director of sale worldwide, at that
time was Mr. Fabiani, Paolo Fabiani. I was
reporting to Mr. Leopoldo Conforti.
   Q.  I'm sorry, what was Leopoldo Conforti's
title?
   A.  It was the general attorney and secretary
of the company. And I was reporting to Mr. Luigi
```

4 (Pages 10 to 13)

One Penn Plaza, NYC                Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com       NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   tel (800) 246.4950

```
                    GALLO                    26
 2       MS. KURZON: Yes.
 3    Q. Other than anything else we discussed, was
 4  there any reason other than the fact that she had
 5  sexual relations with top management in Rome and
 6  based on the fact that she was perceived as old?
 7       MR. KORAL: Objection.
 8    A. That's what I remember. Oh, one minute,
 9  excuse me. She was perceived to be a lesbian. Did
10  I say that before? I don't remember.
11    Q. And who told you that?
12    A. Mr. Libutti.
13    Q. And what did he say, if you recall?
14    A. Came across with discussing the same
15  story, so I don't remember exactly how it come up,
16  but it came up more than once.
17    Q. In 2004 when you were having these
18  discussions, do you know approximately how old Ester
19  was at that time?
20    A. Late 40s, I believe.
21    Q. Did Mr. Libutti or Mr. Galli express that
22  they wanted to get rid of everyone in their late 40s
23  or just certain people or women or something else?
24       MR. KORAL: Objection.
25    A. Age was my sense, age, gays, lesbian.
```

```
                    GALLO                    27
 2    Q. So at that time after you and Mr. Libutti
 3  and possibly at one meeting Mr. D'Ilario offered her
 4  the severance and she refused it, was she in fact
 5  terminated at that time?
 6    A. No.
 7    Q. Where did she work next?
 8    A. At GA 2000.
 9    Q. And how did she come to work at GA 2000?
10    A. Because that position was vacant.
11    Q. Who found her that position, if anyone?
12    A. I did.
13    Q. You did hold a position in GA 2000 at that
14  time?
15    A. I was the president of GA 2000.
16    Q. What was GA 2000?
17    A. Literally, the name was Grupo Alitalia
18  2000. The objective for the creation of this
19  company was to safeguard and regain all the ethnic
20  traffic to Italy.
21    Q. When you found her this position at GA
22  2000, did Ester complain about age and/or gender
23  discrimination at that time?
24    A. I remember that she asked me if we were
25  transferring, transferring her there for the only
```

```
                    GALLO                    28
 2  reason to terminate her during a probation period.
 3    Q. And what did you tell her?
 4    A. Absolutely not.
 5    Q. Was Alitalia planning to terminate her
 6  during her probation period at GA 2000?
 7    A. No because if I recall well, I'm not sure,
 8  I insisted, or I tried, not to have a probationary
 9  period.
10    Q. Did she have a probationary period at GA
11  2000?
12    A. I don't think so.
13    Q. Did Ester express to you whether she
14  wanted to accept this position at GA 2000, other
15  than her apprehension that she thought she would be
16  terminated during the probationary period?
17    A. I believe she was a little concerned about
18  the superiors that were there.
19    Q. Did Alitalia issue a contract to GA 2000
20  on an annual basis?
21    A. Yeah.
22    Q. Did Ester express any feelings to you that
23  she felt that GA 2000 would close shortly after she
24  was placed there?
25    A. Yes, she did.
```

```
                    GALLO                    29
 2    Q. Did she express to you why she felt that
 3  GA 2000 would close shortly after she was placed
 4  there?
 5    A. I don't recall.
 6    Q. Just to get back to your prior testimony
 7  regarding the severance offer that you and others
 8  made to Ms. LoRusso, you referenced a plan; is that
 9  an early-retirement plan?
10    A. Yes, it was, but she could not be part of
11  it.
12    Q. Why could she not be part of it?
13    A. Because prerequisite of that preretirement
14  is, if I recall well, minimum age, 50, 53, you know,
15  there was going back and forth because -- I believe
16  it was 50 or 53.
17    Q. During that time did Mr. Galli and/or
18  Mr. Libutti tell you what age they would like the
19  average woman to be in the New York office?
20       MR. KORAL: Objection.
21    A. The objective and part of the plan was to
22  substitute older people with younger employees, no
23  older than 30.
24    Q. How did you know that that was the
25  objective?
```

8 (Pages 26 to 29)

```
                GALLO                94
 2    A.  Yeah.
 3    Q.  And as president of GA 2000, to whom did
 4  you report?
 5    A.  To Mr. Galli.
 6    Q.  This wasn't part of U.S. sales reporting
 7  to Mr. Libutti?
 8    A.  Reporting in terms of result, in terms of
 9  money.
10    Q.  What about in terms of strategy?
11    A.  Strategy, no, absolutely not.
12    Q.  Budget?
13    A.  No.
14    Q.  So it reported --
15    A.  Alitalia would post the cost for GA 2000,
16  meaning commissions and whatever, but the revenue
17  budget was formulated by GA 2000 and presented to
18  Alitalia.
19    Q.  And approved by whom?
20    A.  Excuse me?
21    Q.  Approved by whom?
22    A.  Till it was Italia Tour, Italia Tour was
23  approving the budget, and after that, Alitalia.
24    Q.  Mr. Libutti did not approve the budget?
25    A.  The budget is approved by the central
```

```
                GALLO                95
 2  director.  Mr. Libutti may have presented the
 3  budget.
 4    Q.  Which means that Mr. Libutti would approve
 5  the budget before he would present it to Rome for
 6  some kind of final approval, yes?
 7        MR. AKIN:  Note my objection.  You're
 8      arguing at this point.  If you have a question
 9      to ask, go ahead and ask it.
10        MS. KURZON:  Objection.
11    Q.  You can answer, you know.  You can answer.
12        MR. AKIN:  If you understand the question,
13      you can answer it.  If you don't understand --
14    A.  I'm trying to understand.
15    Q.  You don't understand that question?
16    A.  No, no.  I'm trying to help you understand
17  the setup.
18    Q.  Keep going.
19    A.  I finished.
20    Q.  Oh, okay.  So Mr. Libutti presented the
21  budget to Rome?
22        MS. KURZON:  Objection.
23        MR. AKIN:  Answer the question.
24    Q.  Mr. Libutti presented the budget to Rome;
25  did he review the budget?
```

```
                GALLO                96
 2    A.  Which budget?
 3    Q.  The GA 2000 budget, the budget we're
 4  talking about now.
 5    A.  In 2004, yes.
 6    Q.  And then when you say he presented it to
 7  Rome, would that be to Mr. Galli, at least in the
 8  first instance?
 9    A.  That is correct.
10    Q.  And then Mr. Galli might present it on to
11  other people in Rome?
12    A.  Yes, kind of a big, you know, at different
13  levels.
14    Q.  Do you know who decided to approve Ms.
15  LoRusso's promotion to managing director of GA 2000?
16        MS. KURZON:  Objection to the term
17      "promotion."
18        MR. KORAL:  I know what the objection was,
19      but you don't have to explain it.
20    A.  What's the question?
21        (Pending question was read.)
22    A.  I proposed it and Galli approved, no,
23  Galli, Libutti, Galli, I remember that I was
24  involved, HR Rome was involved, and probably
25  Mr. Libutti, yes.
```

```
                GALLO                97
 2    Q.  Do you remember that Mr. Libutti was
 3  involved?
 4    A.  Yes.
 5    Q.  And Mr. Galli, was he involved at all?
 6    A.  Yes.
 7    Q.  So both Libutti and Galli approved the
 8  promotion to managing director?
 9    A.  Yes.
10        MS. KURZON:  Objection.
11    Q.  Do you consider that Ms. LoRusso received
12  a promotion when she became managing director of GA
13  2000?
14    A.  Yes.
15    Q.  Did she get more money?
16    A.  Yes.
17    Q.  Do you recall approximately what
18  percentage increase she received in salary?
19    A.  I don't recall the exact number.
20    Q.  But approximately, was it a large
21  increase, would you say?
22    A.  I would say so.
23    Q.  Okay.  You did testify that Ms. LoRusso
24  told you that she was afraid that GA 2000 would
25  close fairly soon, correct?
```

25 (Pages 94 to 97)

One Penn Plaza, NYC                 Toby Feldman, Inc.                tel (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    tel (800) 246.4950

```
                    GALLO                    98
 2    A.  No.
 3    Q.  No. You did testify that she was afraid
 4  that she would be put on probation and they would
 5  fire her?
 6    A.  She was soon to be terminated.
 7    Q.  But in fact, she wasn't put on probation?
 8    A.  At GA 2000, I don't think so.
 9    Q.  Do you recall?
10    A.  When I say I don't think so, I don't
11  remember. I'm not sure.
12    Q.  You're not sure, you certainly don't
13  recall whether Mr. Libutti agreed that she would not
14  be on probation?
15    A.  I think probably at the end, he agreed not
16  to, right.
17    Q.  And Mr. Galli, do you know if he was
18  involved in agreeing that she wouldn't be put on
19  probation?
20    A.  Yes.
21    Q.  He agreed, as well?
22    A.  I think so.
23    Q.  I know I asked this and that you answered
24  it, but I'm going to ask it again, and they can
25  object if they want.
```

```
                    GALLO                    99
 2      You are quite sure that Ms. LoRusso did
 3  not express to you fears that GA 2000 would close
 4  soon after she got this promotion to managing
 5  director?
 6    A.  I believe at a certain point, she did
 7  express that, but it was I believe the end of 2000.
 8  I don't remember the date, but it was after.
 9    Q.  It was after she actually was in that
10  position?
11    A.  Oh, yes.
12    Q.  And would you say it is fair to say that
13  although you were president, she was essentially the
14  head of that operation for operational purposes?
15    A.  Definitely, yes.
16    Q.  She was running it?
17    A.  Yes, and all the employees, as well.
18    Q.  Did you ever hear any criticisms of Ms.
19  LoRusso's performance in that role?
20    A.  Positive criticism, yes.
21    Q.  You heard criticism?
22    A.  Positive.
23    Q.  Positive.
24    A.  Very well.
25    Q.  They said she was doing a good job?
```

```
                    GALLO                   100
 2    A.  Right.
 3    Q.  That Mr. Libutti said so, as well?
 4      MR. AKIN: Is that a question?
 5      MR. KORAL: Yes, I'm sorry, a question
 6  mark at the end of that.
 7    A.  I don't remember. I was having outside
 8  information from the intermediaries, the agents,
 9  about her performance.
10    Q.  Did you ever hear any criticisms of her
11  performance at GA 2000 from Mr. Libutti?
12    A.  No.
13    Q.  Did you ever hear any criticism of her
14  performance at GA 2000 from Mr. Galli?
15    A.  No.
16    Q.  Did you have any role in the decision to
17  close GA 2000 and -- what was it -- Executive Tour?
18    A.  Global Executive.
19      MR. AKIN: Global Executive.
20    Q.  Sorry. Did you have any role in the
21  decision to close those two businesses?
22    A.  Absolutely not.
23    Q.  Were you consulted?
24    A.  No.
25    Q.  You didn't know it was going to happen?
```

```
                    GALLO                   101
 2    A.  They asked me to close it.
 3    Q.  Who asked you?
 4    A.  Mr. Galli and Mr. Libutti.
 5    Q.  They both did?
 6    A.  Yes.
 7    Q.  Do you know whether they had any role in
 8  the decision to close it?
 9    A.  No.
10    Q.  Did you have any feeling in, say,
11  September, October, 2004, around the time Ms.
12  LoRusso became managing director of GA 2000, that GA
13  2000 might be closed?
14    A.  No.
15    Q.  No, okay. And in the course of the year
16  that Ms. LoRusso was managing director, did you have
17  any reason to think that anybody was thinking of
18  closing it?
19    A.  No.
20    Q.  You gave a lot of testimony to Ms. Kurzon
21  regarding the early-retirement plan, I should say
22  plans, that Alitalia instituted, correct?
23    A.  Correct.
24    Q.  That's not a question. There were three
25  such early-retirement plans, correct?
```

26 (Pages 98 to 101)

Francesco Gallo    1/7/2008

```
                    GALLO          106
  2    A.  Myself, Mr. Libutti, and the HR manager in
  3  Rome, what's his name, and also Mr. Marchese because
  4  he had to release him because he was reporting to
  5  him.  What's his name?  I don't remember.
  6    Q.  An HR person in Rome?
  7    A.  Yes.
  8    Q.  Is this --
  9    A.  Not Shebilia.
 10    Q.  No, not Shebilia, okay.  Schioppa?
 11    A.  No, his assistant.
 12    Q.  Schioppa's assistant approved this?
 13    A.  Yes.
 14    Q.  The hiring of Mr. Oksuz as a vice
 15  president of regulatory affairs?
 16    A.  He participated in the process, uh-huh,
 17  but not, what's his name, I don't remember his name
 18  because I have it in front of me.
 19    Q.  Okay, but it was Schioppa's assistant?
 20    A.  Yes.
 21    Q.  And the four of you approved Mr. Oksuz to
 22  replace Mr. D'Oro who took the early retirement,
 23  correct?
 24    A.  Yes.
 25    Q.  And do you know how old Mr. Oksuz was at
```

```
                    GALLO          107
  2  the time?
  3    A.  Thirty-three, 34.
  4    Q.  Thirty-three or 34?
  5    A.  Early 30s.
  6    Q.  Or 35 or 36 maybe?
  7    A.  Maybe.
  8    Q.  You're not sure.  We will talk a little
  9  bit more about Mr. Oksuz later.
 10       Who else besides Mr. D'Oro was replaced,
 11  my question originally was by a new hire, but I will
 12  just say by anybody from any of the ERPs?
 13    A.  There were several.  I don't recall them.
 14  But if you get the cards from personnel, you will
 15  find it.
 16    Q.  You testified that you were the person who
 17  found the position for Ester LoRusso in the Cargo
 18  Department.
 19    A.  Yes.
 20    Q.  Was Mr. Libutti involved at all?
 21    A.  He was informed of, yes.
 22    Q.  Informed?
 23    A.  Informed, right.
 24    Q.  You mean as a fait accompli?
 25       MS. KURZON:  Objection.
```

```
                    GALLO          108
  2    A.  No, no, during the process because I had
  3  the difficulties to have Ester promoted.  And as I
  4  testified before, I request the support of the main
  5  office.  And also Mr. Libutti helped me to got rid
  6  of her, you know, to have Cargo Division to accept
  7  her.
  8    Q.  Mr. Libutti helped you get her into the
  9  Cargo Division?
 10    A.  Yes.
 11    Q.  How did he do that?
 12    A.  Talking to Galli and asking Galli to talk
 13  to Mr. Ricci, who was the central direder of cargo
 14  worldwide.
 15    Q.  And Mr. Libutti did that for you?
 16    A.  Yes, for me.
 17    Q.  Because he wanted to get rid of her?
 18    A.  Yes.
 19    Q.  Get rid of her from the Passenger
 20  Division, I mean.
 21    A.  Yes.
 22    Q.  Yes?
 23    A.  Yes.
 24    Q.  Are you aware that in the period from the
 25  time that GA 2000 closed until Ester LoRusso began
```

```
                    GALLO          109
  2  working in Cargo in April that she continued at her
  3  managing director salary?
  4    A.  Yes.
  5    Q.  Did Mr. Libutti object to that at all?
  6    A.  We never discussed it.
  7    Q.  Did Mr. Libutti have anything to do with
  8  setting Ester LoRusso's salary in the Cargo
  9  Division?
 10    A.  No.
 11    Q.  Did Mr. Galli have anything to do with
 12  setting Ester LoRusso's salary in the Cargo
 13  Division?
 14    A.  No.
 15    Q.  The position in the Cargo Division, you
 16  said there was a vacancy that occurred, correct?
 17    A.  Right.
 18    Q.  In your opinion, was the position that
 19  Ester LoRusso was given a real position?
 20    A.  Yes.
 21    Q.  There was a real job to be done there,
 22  correct?
 23    A.  Right, especially at that time.
 24    Q.  Okay.
 25    A.  Right.
```

28 (Pages 106 to 109)

One Penn Plaza, NYC
email@tobyfeldman.com
Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
tel (212) 244.3990
tel (800) 246.4950

```
                    GALLO            126
 1
 2      A.  I don't remember.
 3      Q.  Do you know whether Mr. Galli took part in
 4  the two-day seminar?
 5      A.  I don't remember.
 6      Q.  Do you know whether Mr. Galli was asked to
 7  take part in the two-day seminar?
 8      A.  Huh?
 9      Q.  Do you know whether Mr. Galli was asked to
10  take part?
11      A.  I don't, I don't remember.
12      Q.  Moving on, you mentioned Tim O'Neill in
13  one of your responses to Mr. Koral's question about
14  who took over the marketing position after Ester was
15  moved to GA 2000.
16          How old is Tim O'Neill?
17          MR. KORAL:  Objection.
18          MR. AKIN:  You can answer.
19      A.  How is the question?
20      Q.  How old is Tim O'Neill, or excuse me,
21  strike that.
22          How old was Tim O'Neill when Ester was
23  transferred to GA 2000?
24      A.  I don't know, but I would say in his 40s.
25      Q.  And do you know what position --
```

```
                    GALLO            127
 1
 2      A.  Probably more or less the same age.  I
 3  don't know exactly.
 4      Q.  Do you know what position Mr. O'Neill held
 5  before obtaining these new responsibilities?
 6      A.  I believe he was assistant to Mr. Libutti.
 7      Q.  In response to one of Mr. Koral's
 8  questions, you mentioned Ester being located on the
 9  37th floor.
10      A.  37th?
11          MR. AKIN:  32nd.
12      Q.  32nd?  I heard 37th.
13          MR. KORAL:  I heard 37th.
14          MS. KURZON:  Yes, that's what I heard, as
15  well.
16      Q.  Did you ever receive any complaints from
17  Ester about where she was located at that time?
18      A.  At a certain point, yes.
19      Q.  What were those?
20      A.  Because after that, all the employees were
21  terminated within GA 2000, she left in that office,
22  in that space, by herself.
23      Q.  And were her complaints just that she was
24  by herself on the 37th floor?
25      A.  Yes.
```

```
                    GALLO            128
 1
 2      Q.  Did you ever report that complaint or
 3  investigate that complaint at all?
 4      A.  Well, investigate?  I saw where she was
 5  located, I knew she was by herself, all the other
 6  people left.  The majority were not employees, were
 7  employees rented by agency, outside agency.
 8          And I remember that talking to Giulio
 9  Libutti saying we could move her back on our floor
10  because, you know, she was really by herself and the
11  four walls there.
12      Q.  And what did Mr. Libutti say in response?
13      A.  As soon as we have free space, we may do
14  that.
15      Q.  And did there eventually become free
16  space?
17      A.  Then I left.  I don't know.  Yeah,
18  probably my space.
19      Q.  Did she ever get moved to your space?
20      A.  I don't know.
21      Q.  When Mr. Koral asked you whether you
22  considered Ester's transfer to GA 2000 to be a
23  promotion, and you said that you did consider it to
24  be a promotion --
25      A.  Sure.
```

```
                    GALLO            129
 1
 2      Q.  -- in light of the increased salary.
 3      A.  Not only that, because also because of the
 4  money, but I expected GA to grow, because that was
 5  the project.
 6      Q.  Do you know if Ester considered this a
 7  promotion?
 8          MR. KORAL:  Objection.
 9      Q.  Did Ester tell you she considered this a
10  promotion?
11      A.  Ester always was under the impression
12  that, you know, she will be fired, terminated.
13      Q.  You testified that Ester was under the
14  impression that GA 2000 was going to close, even
15  though you were not of that impression.
16      A.  No.
17      Q.  Do you know Ester thought that GA 2000 was
18  going to close?
19      A.  Because of the miserable life that they
20  made to her.  I mean, how many times do I have to
21  tell you?  Since they arrived, they were after her.
22      Q.  While she was in GA 2000, you testified
23  that you think Libutti and Galli agreed not to place
24  her on probation.
25          At whose request did this come to not put
```

33 (Pages 126 to 129)

One Penn Plaza, NYC            Toby Feldman, Inc.              tel (212) 244.3990
email@tobyfeldman.com     NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS     tel (800) 246.4950