# EXHIBIT M

**Libutti Giulio**

---

**From:** Lorusso Ester
**Sent:** Thursday, September 16, 2004 12:41 PM
**To:** Libutti Giulio; Gallo Francesco
**Subject:** 9/16/04

EXHIBIT
DFT 8
12/19/07  KM

September 16, 2004

This is a follow up to my complaint regarding gender discrimination.
The actions that constitute the discrimination are on-going, as evidenced by the recent Sales Meeting that took place at headquarters on Sep 13/14 to which I was not invited.
The other directors, Tim O'Neill, Marco D'Ilario and Gabriele Mariotti, were invited to attend.
In addition, Lisa Del Percio's request for an ad this morning for "a concert we're sponsoring" without my knowledge, leads me to believe that I am systematically being cut out of my responsibilities.
It is my understanding that at present Alitalia lacks a Human Resources Director. I would like the above mentioned facts on record since there is, at present, an investigation of my complaint.

9/16/2004