# EXHIBIT Q

# Alitalia

To: File
From: Stephanie Di Clemente
Manager, Employee Relations & Org. Development
Date: October 25, 2004
Re: Libutti's rebuttal ref: Lorusso's claim



Francesco Gallo ( Sr. VP Corporate Affairs) and I met with Giulio Libutti to discuss the claims and allegations of discrimination brought forth by Ester Lorusso (Director, Marketing). Francesco Gallo reviewed the notes of our investigatory meeting with Ester with Giulio Libutti.

I'm including below Mr. Libutti's rebuttal comments[1];

1. Mr. Libutti commented to Ester that with the departure of Paolo Rubino from his position at the H.O., marketing initiatives from the U.S. would carry less weight and importance at the Head Office. It was not intended as a direct threat to Ester's position but just as a fact.

2. Mr. Libutti stated that he never wrote nasty emails to Ester but only working e-mails reminding her to pay more attention to her work.

3. Mr. Libutti stated that the planning of Symposium was discussed openly during the monthly management team meetings. He also stated that the Symposium was organized by ENIT and that AZ's involvement was only in choosing the trade segment and making the reservations. He also stated that in fact Ester did have a key role since she was one of the key speakers at the Symposium

4. Mr. Libutti stated that the Ester's comment that the planning was given to Grace Di Franco (Special Project Analyst) was untrue and finds her comment offensive that the OM staff is inexperienced.

5. The dispute involving the overlap of Tim O Neill's (Director of Alliance & Sales Coordination) and Ester's function/title is due to the H.O. definition of Tim's function as the OM area sales manager for alliances/marketing/sales. Mr. Libutti clarified that Tim's function is as an area coordinator of many functions but not directly responsible for those functions.

6. The issue involving the barter exchange of tickets, Mr. Libutti stated that Ester is unaware of Alitalia's policy and that it's written that the barter exchange is a cost to the Company.

7. Mr. Libutti stated that he informed Ester about the sales unit newsletter and asked that Francesca Forte be involved in coordinating this project with the sales channels.

---

[1] See Giulio Libutti's handwritten notes in the attachment.

8. Mr. Libutti stated that in fact due to Ester's claim against the performance evaluation made by Paolo Pausini for the year 2002, he compromised by granting Ester 50% of the merit bonus instead of not receiving anything due to the standard rating assigned by Paolo Pausini.

9. The statement made by Ester regarding her salary being the least of all male directors is not true. See Marco D'Ilario's salary.