# EXHIBIT S

22/09 2005 19:24 FAX                                → GALLI            ☑001



**Alitalia**

Centro Direzionale
Viale A. Marchetti, 111
00148 Roma

telefono 0665621
telegramma Alitalia - Roma
telex 626211

Rle  GA2000/GE

Sede, 19 Settembre 2005

Direzione Vendite
SVC/ROM

General Counsel
DLI/ROM

81/9
2005

<u>**NOTA per l'Ing. G. Cimoli**</u>

Oggetto: **proposta di liquidazione di Global Executive
Travel Selection Inc. (GE) e GA 2000 Travel
Service LTD (GA 2000)**

Con l'obiettivo di accelerare l'efficientamento dei costi
connessi alla struttura commerciale periferica, seguono brevi
note a supporto della proposta di liquidazione delle societa' di
diritto statunitense di cui in oggetto, societa' di distribuzione
interamente controllate da Alitalia.

Global Executive Travel Selection Inc. (GE)

GE e' stata costituita il 15 febbraio 2000 a seguito della
decisione di sviluppare le vendite dirette al segmento
"business", in particolare piccole e medie imprese operanti nel
Nordamerica in determinati settori (moda, mobile).
Cio' attraverso un marchio facilmente identificabile, in grado
di supportare la fidelizzazione della clientela, anche attraverso
la fornitura di servizi a terra e concentrando altresi la vendita
presso un unico distributore totalmente controllato.

Linee Aeree Italiane S.p.A.
Capitale Sociale Euro 1,432,181,245.95 i.v.        291.232.531,18 i.v.
Registro Imprese di Roma e
Codice Fiscale: 00476690582
R.E.A. di Roma 135156
Partita IVA 00908301000

Posta in arrivo
Roma 20.09.05
Prot. PRD-1461/05A

D0695



**Centro Direzionale**
Viale A. Marchetti, 111
00148 Roma

telefono 0665621
telegramma Alitalia - Roma
telex 626211

Sede, 19 Settembre 2005

Direzione Vendite
SVC/ROM

General Counsel
DLI/ROM

### NOTA per l'Ing. G. Cimoli

*Report*

Oggetto:  proposta di liquidazione di
Travel Selection Inc. (GE) e
Service LTD (GA 2000)

Con l'obiettivo di accelerare l'efficientamento dei costi
connessi alla struttura commerciale periferica, seguono brevi
note a supporto della proposta di liquidazione delle societa' di
diritto statunitense di cui in oggetto, societa' di distribuzione
interamente controllate da Alitalia.

### Global Executive Travel Selection Inc. (GE)

GE e' stata costituita il 15 febbraio 2000 a seguito della
decisione di sviluppare le vendite dirette al segmento
"business", in particolare piccole e medie imprese operanti nel
Nordamerica in determinati settori (moda, mobile).
Cio' attraverso un marchio facilmente identificabile, in grado
di supportare la fidelizzazione della clientela, anche attraverso
la fornitura di servizi a terra e concentrando altresì la vendita
presso un unico distributore totalmente controllato.

Linee Aeree Italiane S.p.A.
Capitale Sociale Euro 1,432,181,746.36 i.v.
Registro Imprese di Roma e
Codice Fiscale: 00476680582
R.E.A. di Roma 135156
Partita IVA 00903301000

291.232.531,18 i.v.

D0696



Negli anni successivi, il concetto di servizi integrati al business traveller non si e' mai sviluppato pienamente, mentre il traffico proveniente da agenzie "corporate", che GE aveva inizialmente acquisito con l'obiettivo di selezionare in un secondo tempo soltanto clientela diretta, e' stato progressivamente gestito direttamente da Alitalia che aveva nel frattempo costituito una sua unita' ad-hoc.

I Bilanci di GE hanno riflesso nel tempo questi andamenti, con un provento sceso da $/mgl 3.497 dell'anno 2000 a $/mgl 1.086 dell'anno 2004, ed un corrispondente risultato netto, nonostante la costante riduzione dei costi, che e' passato da $/mgl 239 di utile nell'esercizio 2000 ad $/mgl 128 di perdita nello scorso esercizio.

Allo stato attuale, si ritiene che la restante attivita' attualmente svolta da GE si possa gestire efficacemente da Alitalia in modo diretto, con i conseguenti benefici derivanti sia dal risparmio dei pur minimi ($/mgl 60 in ragione d'anno) costi di struttura di GE (che non ha dipendenti), sia dal venir meno degli adempimenti inter-company nell'ambito del Gruppo.

I professionisti locali hanno confermato la fattibilita' dell'operazione nello spazio di alcune settimane, con un costo complessivo per le relative consulenze inferiore a $/mgl 10.

GA 2000 2000 Travel Service LTD (GA 2000)

GA 2000 e' stata costituita il 4 settembre 1997, in seguito alla decisione di concentrare presso un unico distributore la vendita nei confronti del cosiddetto segmento "etnico".
Quale consolidatore per questa tipologia di traffico, GA 2000 ha quindi ricoperto la funzione, negli scorsi anni strategica, di controllo sulla catena distributiva, in particolare garantendo AZ dagli abusi e dalle malpractice tipiche degli agenti etnici verso la fine degli anni 90.

In termini commerciali, l'Azienda ha sostanzialmente raggiunto l'obiettivo assegnatole nell'ambito delle strategie del Gruppo, ed oggi consolida 427 agenzie che apportano $/mln 30 di traffico, alle quali viene corrisposta una commissione pari ad 8% up front.



Circa l'andamento economico, GA 2000 ha invece evidenziato notevoli difficolta' nel raggiungimento anche del solo break-even (il conseguimento di utili non essendo l'obiettivo primario), riportando pesanti perdite particolarmente negli anni 2002 e 2003, e rendendo necessari interventi di profonda revisione nelle politiche commerciali, che hanno contribuito al ritorno all'utile nel 2004, con conseguente, parziale riequilibrio dei mezzi propri.

Cio' premesso, la funzionalita' del ruolo GA 2000 alle strategie commerciali di Alitalia in USA e' stata attentamente riesaminata, avendo come obiettivi congiunti la riduzione dei costi con il mantenimento delle vendite in questo importante segmento.

In estrema sintesi, sono emersi i seguenti elementi:

## PRESIDIO DEL MERCATO

L'obiettivo del controllo sull'operato degli agenti nel mercato etnico e' da considerarsi raggiunto e, conseguentemente, la proprieta' diretta di un veicolo societario distinto da AZ non e' piu' necessaria al mantenimento di tale controllo di mercato.

## MANTENIMENTO DEL PROVENTO

La proposta di contrattualizzazione di agenzie terze a vocazione etnica coprirebbe interamente la produzione di traffico etnico AZ, attualmente incalanata tramite GA 2000.

## RISPARMI DI COSTO

La liquidazione di GA 2000 con intermediazione del business da parte delle suddette agenzie terze, porterebbe ad un risparmio netto di 12 risorse con un connesso costi di circa 650 $/mgl (non si prevedono incrementi di organico AZ), oltre ai relativi costi di struttura.





In via preliminare, occorre precisare che l'ipotesi di vendita e' stata preventivamente accantonata, in quanto per rendere GA 2000 appetibile al potenziale acquirente occorrerebbe dotarla di un commitment in capo ad AZ non inferiore ai 5 anni in termini di esclusiva sul traffico etnico; impegno altamente rischioso, in quanto creerebbe perturbazioni nel mercato (con un competitor favorito da AZ), senza che tali potenziali rischi possano essere adeguatamente compensati con il riconoscimento di un congruo avviamento.

Nell'ottica della liquidazione, sono stati dunque esaminate nel dettaglio le attivita' necessarie ad assicurare il trasferimento del business oggi GA 2000 direttamente in ambito Alitalia.

Dal punto di vista commerciale, il revenue ($/mln 30) attualmente in capo a GA 2000 verrebbe gestito direttamente da Alitalia attraverso:

- la riattivazione di 21 contratti "etnici", con erogazione 8% up-front commission, a copertura 15 mln usd dell'attuale traffico GA 2000
- la firma di ulteriori 30 nuovi contratti etnici, con erogazione 8% up front commission a copertura ulteriori 10 mln usd dell'attuale traffico GA 2000 l'estensione degli attuali contratti di incentivazione beyond italy al traffico su destinazione italia per i top 5 consolidatori AZ, in grado di coprire 5 mln usd dell' attuale traffico GA 2000, con potenziale maggior penetrazione in "bassa" e in "spalla".

Per quanto attiene alle attivita' a supporto della liquidazione, e' stato predisposto un programma d'azione che coinvolgera' sia la Sede che la Rappresentanza di New York sotto i diversi profili (societario, fiscale e del lavoro).
In linea generale, le caratteristiche di GA 2000, societa' di diritto USA, interamente detenuta da AZ e senza particolari rapporti di credito/debito oltre alla Controllante, dovrebbero consentire di concludere l'operazione nello spazio di alcuni mesi e con un minimo carico fiscale.

*(handwritten margin note:)* 21 contratti → 15
30 new cont → D10
consolid. Ma → 05





Per tutto quanto sopra, si propone di deliberare la messa in liquidazione di Global Executive Travel Selection Inc. e di GA 2000 Travel Service LTD, dando mandato alla rappresentanza di New York per l'espletamento, in coordinamento con la Sede, di tutte le attivita' che si renderanno necessarie a livello locale.

Cordiali saluti

Pierandrea Galli
Direttore Senior Vendite

Leopoldo Contorti
General Counsel



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON. DC

City of New York, State of New York, County of New York

I, Jessica Majestic, hereby certify that the following document is to the best of my

knowledge and belief, a true and accurate translation, of the Memorandum dated

September 19, 2005, signed by Pierandrea Galli and Leopoldo Conforti, bearing

Bates stamp numbers D0695 through D0700 from Italian into English.


Jessica Majestic
Signature

Sworn to before me this
March 12, 2008


Signature, Notary Public

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012

Stamp, Notary Public

(handwritten)
File GA2000/GE

(logo)
**Alitalia**

**Central Management**
**Viale A. Marchetti, 111**
**00148 Rome**

**Telephone 0665621**

**Telegram Alitalia - Rome**
**Telex 626211**

Headquarters, September 19, 2005

Sales Management
SVC/ROM
General Counsel
DLI/ROM

(handwritten)
81/9
- - -
2005

<u>NOTE</u> for Ing. G. Cimoli

Subject:     proposal for winding up **Global Executive Travel Selection Inc. (GE)**
**and GA 2000 Travel Service LTD (GA 2000)**

With the target of accelerating the efficiency process for the costs related to the
peripheral commercial structure, the following are brief notes supporting the proposal for
winding up of the US companies specified above, distribution companies fully controlled
by Alitalia.

Global Executive Travel Selection Inc. (GE)
GE was incorporated on February 15, 2000 following the decision to develop the direct
sales to the 'business' segment, especially small and medium-sized companies operating
in North America in given sectors (fashion, mobile).
This by means of a brand which was easy to identify, good for supporting customer
loyalty, also by means of the supply of land-based services and also concentrating sales
within a sole distributor fully controlled by Alitalia.

[Linee Aeree Italiane S.p.A. details]          **Incoming post**
**Rome 9/20/05**
**Prot. PRD-1461/05A**

**D0695**

(logo)
**Alitalia**

**Central Management**
**Viale A. Marchetti, 111**
**00148 Rome**

**Telephone 0665621**

**Telegram Alitalia - Rome**
**Telex 626211**

Headquarters, September 19, 2005

Sales Management
SVC/ROM
General Counsel
DLI/ROM

(handwritten)
Repeat

**NOTE for Ing. G. Cimoli**

**Subject:    proposal for winding up Travel Selection Inc. (GE) and Service LTD**
**(GA 2000)**

With the target of accelerating the efficiency process for the costs related to the peripheral commercial structure, the following are brief notes supporting the proposal for winding up of the US companies specified above, distribution companies fully controlled by Alitalia.

Global Executive Travel Selection Inc. (GE)
GE was incorporated on February 15, 2000 following the decision to develop the direct sales to the 'business' segment, especially small and medium-sized companies operating in North America in given sectors (fashion, mobile).
This by means of a brand which was easy to identify, good for supporting customer loyalty, also by means of the supply of land-based services and also concentrating sales within a sole distributor fully controlled by Alitalia.

**[Linee Aeree Italiane S.p.A. details]**

**D0696**

(logo)
**Alitalia**

In the subsequent years, the concept of integrated services for the business traveler was never developed fully, while the traffic coming from 'corporate' agencies, which GE had initially acquired with the target of selecting only direct clients at a later date, was gradually managed directly by Alitalia which had, in the meantime, set up its own ad hoc unit for such purposes.

The GE balance sheets had these trends over time: proceeds which fell from 3,497 $/m in 2000 to 1,086 $/m in 2004, and a corresponding net result, despite the constant reduction in the costs, which fell from 239 $/m profit in 2000 to 128 $/m loss last year.

Currently, it is felt that the remaining activity currently carried out by GE can be managed effectively by Alitalia directly, with the consequent benefits deriving from both the saving of the albeit minimal (60 $/m per year) GE structure costs (as GE has no employees) and the elimination of the inter-company obligations within the Group.

Local professionals have confirmed the feasibility of the operation within a few weeks, with an overall cost for the consultancy of less than 10 $/m.

GA 2000 Travel Service LTD (GA 2000)

GA 2000 was incorporated on September 4, 1997, following the decision to concentrate the sales with the so-called "ethnic' segment within just one sole distributor.
As consolidator for this type of traffic, GA 2000, then, had the strategic function, in recent years, of controlling the distribution chain, in particular protecting AZ from the typical abuse and malpractice of ethnic agents around the end of the 1990s.

In commercial terms, the Company substantially reached the objective assigned to it within the Group strategies and now brings together 427 agencies, who bring 30 $/m of traffic, being paid an upfront commission of 8%.

**D0697**

(logo)
**Alitalia**

With regard to the economic trends, GA 2000, on the other hand, had major difficulties, even with regard to breaking even (the making of profits not being the primary objective), making major losses in particular in 2002 and 2003, which made it necessary to major deep-seated changes to the commercial policies, which led to a return to profit in 2004 and resulting partial rebalancing of its means.

Given that, the usefulness of the role of GA 2000 for the commercial strategies of Alitalia in the USA has been carefully reexamined, the joint objectives being the reduction of the costs and the maintenance of sales in this important segment.

To sum it up briefly, the following elements emerged:

MONITORING OF THE MARKET
The objective of controlling the work of the agents in the ethnic market is to be considered as having been reached and, as a result, the direct ownership of a company vehicle separate from AZ is no longer necessary for the maintenance of this market control.

MAINTENANCE OF PROCEEDS
The proposal for the contractualizing of the third party agencies with an ethnic orientation would entirely cover the production of AZ ethnic traffic, currently channeled through GA 2000.

COST SAVINGS
The winding up of GA 2000 with contracting of the business by these third party agencies would lead to net savings of 12 employees with related costs of about 650 $/m (AZ personnel increases are not envisaged), as well as the relative structure costs.

**D0698**

(logo)
**Alitalia**

First of all, it must be pointed out that the sale hypothesis has been put aside as a preventive measure as, in order to make GA 2000 appreciable to the potential purchaser, it would be necessary to give it a commitment within AZ of no less than 5 years in terms of exclusive rights to ethnic traffic; a highly risky commitment, as it would create disturbance in the market (with a competitor favored by AZ), without these potential risks being adequately compensated for with the recognition of a congruous goodwill.

With regard to the winding up, then, we have examined in detail the activities required to guarantee the transfer of the current GA 2000 business directly within Alitalia (AZ).

(handwritten)
21 contracts --> 15
30 new cont --> 10
ITA consoled. --> 5

From the commercial point of view, the current revenue (30 $/m) of GA 2000 would be handled directly by Alitalia by means of the following:

- the reactivation of 21 'ethnic' contracts, with 8% upfront commission, as coverage of USD 15 million of the current GA 2000 traffic
- the signing of a further 30 new ethnic contracts, with % upfront commission as coverage of a further USD 10 million of the current GA 2000 traffic, the extension of the current beyond Italy incentive contracts to the traffic to Italy for the top 5 AZ consolidators, who can cover USD 5 million of the current GA 2000 traffic, with potential higher penetration "downwards" and "over the shoulder".

As for the winding up support activity, a plan of action has been prepared which will involve both Headquarters and the New York Representatives in the various different areas (Company/Corporate, Tax, Labor).

In general, the characteristics of GA 2000, a US company, controlled entirely by AZ, and without particular credits/debts, except with the Controlling Company, should permit the conclusion of the operation within a few months and with minimum tax expenditure.

**D0699**

(logo)
**Alitalia**

For all of the above reasons, we propose deciding to wind up Global Executive Travel Selection Inc. and GA 2000 Travel Service LTD, giving a mandate to the New York Representatives to carry out, working with Headquarters, all the activities required accordingly at a local level.


Yours sincerely,
Pierandrea Galli                         Leopoldo Conforti
Senior Sales Director                    General Counsel
(signature)                              (signature)


**D0700**