# EXHIBIT W

**Porru Andrea**

| | |
|---|---|
| Da: | Porru Andrea |
| Inviato: | martedì 7 novembre 2006 14.44 |
| A: | Lorusso Ester |
| Cc: | Longo Walter; Aucoc Thierry |
| Oggetto: | R: Wednesday's Meeting |

EXHIBIT
DFT 15
12/19/07

Dear Ester,

this confirms our meeting tomorrow at 3:00 p.m. The purpose of this meeting is to evaluate your candidacy for the position of Director of Regulatory Affairs, a position in which you have expressed your interest.

I have taken note of the many things you included in your e-mail to me of yesterday evening about your concerns regarding your present job. Some of this information you already gave me in connection with your complaint of discrimination, and some is information with which I was unfamiliar. In any event, I will include your e-mail in my file and will consider what you have said as I continue my investigation of your complaint.

We will not be discussing your concerns about your present position tomorrow during the interview, but some time in the next week or two I will meet with you to discuss my investigation and to get further information from you, if there is any.

Thank you for calling these matters to my attention. I am anxious to resolve the investigation of your complaints and assure you that I will do so. At the moment, the immediate issue is your interest in the Regulatory Affairs job.

Tks
Ciao
Andrea

Andrea Porru
Director
Human Resources Americas
ALITALIA
350 Fifth Avenue, Suite 3700
New York - NY 10118
Tel: 001 212 903 3415
Fax: 001 212 903 3535
Mob: 001 917 915 9692

-----Messaggio originale-----
Da: Lorusso Ester
Inviato: lunedì 6 novembre 2006 17.23
A: Porru Andrea
Cc: Longo Walter; Aucoc Thierry
Oggetto: Wednesday's Meeting

Dear Andrea,

I am thrilled to be meeting with you on Wednesday and I truly appreciate the opportunity to be considered for the Director, Regulatory Affairs position.

As you are aware, I have raised concerns about my present job.

In my current position in the Cargo Division:
a) I do not have anyone reporting to me.
b) There is no Cargo Marketing Communications Budget.
c) All Cargo advertising is placed out of the Rome office.

In my former position as Director of Marketing I was responsible for all advertising, customer loyalty and promotional activities and managed a staff of approximately 14 people in Customer Relations and Marketing. I enjoyed the scope of my work and the contribution that my efforts made toward the company's success

D0015

role. I took it upon myself to compile a cargo email database and I have created newsletters that are sent to this database.

Andrea, this work is well below my capabilities. I continue to look for ways to be productive yet I have been given little in the way of responsibilities.

Prior to my appointment as Director Cargo Marketing Communications, Ms. Codiglia's position had been vacant for quite some time. Ms. Codiglia, who occupied her position until she retired, was a Coordinator. Clearly there is a disparity between the two position levels.

After my last email in which I summed up my current situation, Lucia Alla was promoted to a Director's position at the Passenger Division. A position whose two main functions, Customer Relations and Marketing, were part of my job responsibilities as Director of Marketing prior to my transfer to GA2000. Ms. Alla has no prior experience in these areas, yet I was not approached about the job opening.

Her promotion comes after I raised the issue of ongoing gender discrimination, and at a time when there were no other females at the Director's level within Alitalia NAM.

Ms. Alla's promotion is granted at a time the company is going through financial constraints. With a Director such as myself currently employed within the company with full qualifications for the job, is there a need to add another Director's position and tax the company further?

Mr. Libutti had eliminated the marketing department at Passenger Division; the department now reappears. To provide you with some background, the closing of the Marketing Department was used as a reason why I was sent to GA2000. As you are aware, GA 2000 then closed 12 months after my transfer to GA in the role of Managing Director.

Andrea, I realize you have been here only a few months; I want to be clear with you on these issues so that you can have a better understanding of my situation.

I look forward to seeing you on Wednesday.

Respectfully yours,

Ester


**Verifica:**         **Destinatario**              **Letti**
                      Lorusso Ester                 Letto: 07/11/2006 15.53
                      Longo Walter                  Letto: 07/11/2006 15.12
                      Aucoc Thierry

D0016