# EXHIBIT Y

## Porru Andrea

**Da:** D'Ilario Marco
**Inviato:** giovedì 4 gennaio 2007 18.12
**A:** Porru Andrea; Di Feo Michele
**Cc:** Galli Pierandrea; Sinibaldi Anna Maria; Bruni Luca; D'Ilario Marco
**Oggetto:** RE: Bdg 07 vam - hr recap 01/04/07

Andrea e Michele,
obiettivo della Divisione Cargo per il 2007 e' il raggiungimento di un Ebit positivo; conseguentemente era stato varato il primo draft di budget con strategie di miglioramento dei ricavi e contenimento costi (inclusi quelli legati al personale) da cui e' derivato un piano di efficientamento della Organizzazione Cargo con riduzione di 50 risorse worldwide (14% del totale forza) di cui 14 nell'area international sales (8 nell'area Americhe come da mail del 12/13/06).

Nell'ultima girata di budget per il raggiungimento della profittabilita' e degli obiettivi della Divisone Cargo si rendono necessarie ulteriori azioni di efficientamento:
   a) Relativamente al piano di budget 07 hr vam, al fine di accelerare il processo riorganizzativo e risparmiare mensilita' salariali, si richiede un'anticipazione delle uscite come segue:
      1. entro 01/31/07 cancellazione della posizione Director, Marketing & business development
      2. entro 01/31/07 cancellazione della posizione KF WAS con comunicazione 2/4 weeks notice
      3. entro 01/31/07 cancellazione della posizione Director, Marketing Communications
      4. entro 01/31/07 licenziamento della risorsa Dos Santos Bastos, CS RIO
      5. entro 01/31/07 cancellazione della posizione sales rep DTT (e offerta di riposizionamento su CHI; se rifiutata, licenziamento e nuova assunzione sales rep CHI)
      6. entro 01/31/07 cancellazione di una posizione KF CHI (pregasi Di Feo/Porru di verificare disponibilita' esodo volontario)
      7. entro 01/31/07 verifica legale da parte di Porru di chiusura uffici Canada e cancellazione 3 posizioni az; verifica da parte di Di Feo opportunita' GSA
      8. entro 01/31/07 verifica legale da parte di Porru per cancellazione 1 posizione KF JFK e modalita' di uscita entro e non oltre 03/31/07
      9. freeze temporaneo dell'assunzione sales rep CHI vs attuale contratto di consulenza fino a nuovo avviso

   b) Mr Di Feo e' invitato in collaborazione con mr Porru a studiare un ulteriore piano di efficienza/qualita' che entro l'anno 2007 porti ad un disegno organizzativo con ulteriori efficienze di headcount e miglioramento della qualita' delle risorse.

Cordialmente,
Marco D'ilario
Head of International Sales

---

**From:** D'Ilario Marco
**Sent:** Wednesday, December 13, 2006 6:27 PM
**To:** Sinibaldi Anna Maria; Bruni Luca; Porru Andrea
**Cc:** Di Feo Michele; Longo Walter; Galli Pierandrea; D'Ilario Marco
**Subject:** Bdg 07 vam - hr recap 12/12/06
**Importance:** High

D0056

Dear All,
seguito incontro c/o nyc office del 12/12/06 alla presenza di porru/d'ilario/longo/difeo e' stato convenuto quanto segue:

a) riconferma numero totale risorse area vam per bdg 07: **49** iso 57 pfa '06

b) definizione seguente mensilizzazione del **-8** (saldo di 9out/1in) **entro il 30 aprile '06**:

   1. 31-12-06 USA retirement di mr Longo, sua sostituzione con mr Di Feo e cancellazione di **-1** Director Marketing VAM
   2. 1-3-07 USA cancellazione di **-1** posizione KF WAS e conseguente uscita risorsa
   3. 1-4-07 USA cancellazione di **-1** posizione Director Comunication&Mktg USA e conseguente uscita risorsa (Porru verifichera' con legale opportunita' di approccio anticipato con offerta di 1 pacchetto per risoluzione consensuale)
   4. 1-4-07 BRASIL uscita **-1** CS RIO (DiFeo/Porru verificheranno con Alpires modalita' di uscita della risorsa e spostamento uffici a SAO, nonche' chiusura attuale GSA AZ per conto Af)
   5. 1-4-07 CANADA chiusura uffici AZ e apertura contratto GSA: Di Feo fornira' entro il 31/jan/07 almeno 3 candidature GSA e ipotesi di assunzione o meno delle attuali risorse az, dandone comunicazione a Porru per poter procedere a definizione modalita' di uscita **-3** risorse
   6. 1-4-07 USA **+1** sales da assumere a Chicago (Porru avviera' immediatamente ricerca e DiFeo provvedera' a spegnere attuale contratto di consulenza dopo 1 mese di handover)
   7. 30-04-07 USA **-1** KF JFK (Porru verifichera' legalmente modalita' di uscita cercando di salvaguardare produttivita')
   8. 30-04-07 USA **— 1** risorsa per canx posizione: Di Feo comunichera' a Porru entro il 31-12-06 quale delle 3 seguenti posizioni verra' cancellata: Sales DTT – KF EWR – Addetto Supporto Vendite CHI

c) Rivalidazione delle PDL: Porru comunichera' entro il 31-12-06 a Sinibaldi/Bruni/Leone **13** variation form per riallineamento pdl anagrafica sede/mercato. Tutte le pdl sono state ricondotte a famiglie standard: yw, yx, ux, cs, kf, sales rep ad eccezione di 1 addetto claims VAM, 1 addetto supporto vendite CHI, 1 executive assistant VAM

d) Richiesta di riconferma (da parte di Bruni) di Porru come referente unico HR per area Cargo VAM, coordinando quindi anche area CSA

Prego i presenti alla riunione di integrare se ho dimenticato qualcosa e Anna/Luca di validare il tutto.

Cordialmente, md



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
VANCOUVER
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Jessica Majestic, hereby certify that the following document is to the best of my knowledge and belief, a true and accurate translation, of the E-mail chain including (1) e-mail dated December 13, 2006 from Marco D'Ilario to Anna Maria Sinibaldi, Luca Bruni and Andrea Porru, among others, and (2) e-mail dated January 4, 2007 from Marco D'Ilario to Andrea Porru and Michelle DiFeo, among others, bearing Bates stamp numbers D0056 through D0057 from Italian into English.

_____
Jessica Majestic
Signature

Sworn to before me this
March 12, 2008

_____
Signature, Notary Public

Katharine L Pereksiis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

Page 1 of 2

**Andrea Porru**
------

**From:** Marco D'Ilario
**Sent:** Thursday, January 4, 2007, 6.12 PM
**To:** Andrea Porru; Michele Di Feo
**Cc:** Pierandrea Galli; Anna Maria Sinibaldi; Luca Bruni; Marco D'Ilario
**Subject:** RE: bdg 07 vam - hr recap 1/4/07

Andrea and Michele,

The target for the Cargo Division for 2007 is to obtain a positive EBIT; as a result, the first budget draft had been approved with strategies for improving the proceeds and containing the costs (including the costs related to the personnel), which led to a Cargo Organization efficiency plan with the reduction of 50 employees worldwide (14% of the total workforce), of which 14 in the international sales area (8 in the Americas area as per the mail of 12/13/06).

In the latest budget version, in order to achieve the profitability targets and the objectives of the Cargo Division, further efficiency initiatives arte required:

  a) With regard to the 07 hr V.A.M. budget plan, in order to accelerate the reorganization process and save monthly salary payments, an advance on the employee departures is required, as follows:
  1. by 1/31/07 cancellation of the Director, Marketing and Business Development position
  2. by 1/31/07 cancellation of the KF WAS position with 2/4 weeks' notice
  3. by 1/31/07 cancellation of the Director, Marketing Communications position
  4. by 1/31/07 sacking of the employee Bastos Dos Santos, CS RIO
  5. by 1/31/07 cancellation of the sales rep DTT position (and offer for transfer to CHI; if refused, sacking and new assigning of CHI sales rep)
  6. by 1/31/07 cancellation of a KF CHI position (Di Feo/Porru, please check if voluntary retirement is possible)
  7. by 1/31/07 legal check by Porru of the closure of the Canada offices and cancellation of 3 AZ positions; check by Di Feo of GSA possibility
  8. by 1/31/07 legal check by Porru for cancellation of 1 KF JFK position and departure methods by no later than 3/31/07
  9. temporary freezing of the hiring of CHI sales rep vs. current consultancy contract until further notified

  b) Mr. Di Feo is asked, along with Mr. Porru, to create a further efficiency/quality plan which, by the end of 2007, leads to an organization structure with further headcount efficiencies and improvements in the quality of the employees.

Your sincerely,
Marco D'Ilario
Head of International Sales

**From:** Marco D'Ilario
**Sent:** Wednesday, December 13, 2006, 6.27 PM
**To:** Anna Maria Sinibaldi; Luca Bruni; Andrea Porru
**Cc:** Michele Di Feo; Walter Longo; Pierandrea Galli; Marco D'Ilario
**Subject:** Bdg 07 vam - hr recap 12/12/06
**Importance:** High

D0056

Dear All,
Following a meeting at the NYC Office on 12/12/06, in the presence of Porru/D'Ilario/Longo/Di Feo, the following has been agreed:

**a)** re-confirmation of the total number of employees in the V.A.M. area for budget 07: **49** iso 57 pfa '06

**b)** definition of the following monthly pay system of **-8** (balance of 9 out/1 in) **by April 30, '06:**

1. 12/31/06 USA retirement of Mr. Longo, his replacement with Mr. Di Feo and cancellation of **-1** Director Marketing VAM
2. 3/1/07 USA cancellation of **-1** position KF WAS and consequent employee departure
3. 4/1/07 USA cancellation of **-1** position Director Communication & Marketing USA and consequent employee departure (Porru will check with the legal area the possibility of an advance approach with offer of 1 package for consensual termination)
4. 4/1/07 BRAZIL departure of **-1** CS RIO (Di Feo/Porru will check with Alpires the employee departure method and the moving of the offices to SAO, as well as current GSA AZ closure on behalf of Af)
5. 4/1/07 CANADA closure of AZ offices and opening of GSA contract: Di Feo will provide, by Jan. 31, 07, at least 3 GAS candidates and plans for hiring or not of the current AZ employees, informing Porru of this so he can proceed with the definition of the methods for the departure of **-1** employee
6. 4/1/07 USA **+1** sales to be hired in Chicago (Porru will start to look immediately and Di Feo will close current consultancy contract after 1 month of handover)
7. 4/30/07 USA **-1** KF JFK (Porru will check the legal departure methods, trying to protect productivity)
8. 4/30/07 USA **-1** employee due to cancellation of position: Di Feo will inform Porru, by 12/31/06, about which of the 3 following positions will be cancelled: Sales DDT - KF EWR - CHI Sales Support Employee.

**c)** revalidation of the positions: Porru will communicate, by 12/31/06, to Sinibaldi/Bruni/Leone, **13** variation forms for realigning location/market positions. All the positions have been returned to standard families: yw, yx, ux, cs, kf, sales rep, with the exception of 1 VAM claims employee, 1 CHI sales support employee and 1 VAM executive assistant

**d)** request for reconfirmation (by Bruni) of Porru as sole HR reference for the VAM cargo area, coordinating, therefore, with the CSA area too.

I ask those present at the meeting to add anything I may have forgotten and I ask Anna and Luca to validate all of it.
Yours, MD

D0057