# EXHIBIT D

COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

ESTER LORUSSO,

                          Plaintiff,

    -against-

                          1:07 CV 03583-LBS


ALITALIA-LINEE AEREE ITALIANE, SpA,

                          Defendant.

----------------------------------x




DEPOSITION OF FRANCESCO GALLO

Monday,  January 7, 2008

New York, New York




REPORTED BY:

Holly Hough

```
 1                        GALLO                    16

 2        A.    I do recall Ms. LoRusso working in

 3   Reservation.

 4        Q.    At Alitalia?

 5        A.    Yes Alitalia.  And then she was transfer

 6   and promoted to advertising and sales promotion.

 7   Then she was appointed as managing directer for GA

 8   2000.  After she was appointed to marketing cargo

 9   for North America, I believe.  And that's where I

10   left Ester up to when I was fired.

11        Q.    So were you and Ester colleagues

12   throughout the 17 to 18 years at Alitalia?

13              MR. KORAL:  Objection.

14        Q.    You can answer over his objection.

15        A.    If you define colleague, they work for the

16   same company, yes.

17        Q.    Did there come a time when Ester's

18   position as directer of marketing communications was

19   eliminated?

20        A.    Yes.

21        Q.    Do you recall approximately when that was?

22        A.    No, probably 2004.

23        Q.    Do you know whose decision that was to

24   eliminate her position?

25        A.    Mr. Galli and Mr. Libutti.
```

**TOBY FELDMAN**
INCORPORATED

**NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS**
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
 1                           ˎ          GALLO                    17
 2          Q.   How do you know it was Mr. Galli's and
 3     Mr. Libutti's decision to eliminate Ester's job as
 4     director of marketing communications?
 5          A.   Because I was caucusing with them about
 6     how to eliminate Ester LoRusso.
 7               MR. KORAL:  Could you read the answer
 8               again, please, I didn't understand it.
 9               (Previous answer was read.)
10          Q.   You say you were caucusing with them on
11     how to eliminate Ester LoRusso, what do you mean?
12          A.    It was clear, and I was asked by Mr.
13     Libutti and Mr. Galli that they wanted to fire Ester
14     LoRusso.
15          Q.   Did they tell you why they wanted to fire
16     Ester LoRusso?
17          A.   More than one reason, but the main reason
18     is that Ester was reaching her 50th birthday and
19     there was a program to substitute as much as
20     possible old people at Alitalia, not just Ester
21     LoRusso.
22          Q.   What do you mean when you say there was a
23     program to substitute?
24          A.   Alitalia wanted to eliminate older people
25     and substituted them with younger.  Other reason
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

GALLO                          20

1

2    that they understood it, but after that, they

3    start -- and primarily Mr. Libutti -- to criticizing

4    the system, that it was something unacceptable.

5            As a matter of fact, in one instance, I

6    believe after six, seven months, he invite me to his

7    office and reported to me that he had a meeting with

8    the director of Banca Nazionale Del Lavoro and said,

9    quote, Franco, I'm tired of this situation, that

10   anything that we want to do here, firing people, you

11   say that it is illegal.

12           I had a meeting with this gentleman and he

13   said that he is doing whatever his place to do was

14   needed to do with no problems, so I believe you have

15   to change your attitude.

16           And I did not understand.  Your protection

17   is vis-a-vis those people, that those people mainly

18   were lesbians, gays, old people, sick people, sick

19   people.  Came to a point that when you became ill,

20   Alitalia was not the company they used to be.

21      Q.   And as part of Mr. Libutti and Mr. Galli's

22   decision to eliminate Ester's position at that time

23   in 2004, who did they put in place to perform her

24   duties, if anyone?

25           MR. KORAL:  Objection.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

GALLO                    21

Q.    Again, the objections are between he and
I.

A.    I tried to explain to them that it was not
true what they were saying, that Alitalia could not
fire people.  I would say that Alitalia could do
everything it was necessary to do to have Alitalia
productive.  The only thing that Alitalia could not
discriminate because it was against the law.

They asked me which are the ways that are
not discriminating.  I was trying to explain,
productivity, assiduity on the job, people that come
and stay diligent on the work.  A position that was
not needed anymore and therefore eliminated,
Alitalia should have tried to see if there was
another position available within the company.  And
if not, unfortunately, the person could be
terminated.

So I tried to tell them, you know, the
possibilities.  So it was not true what it was
reporting me that I was blocking the termination
process because I was not.  As a matter of fact, it
was not the first time Alitalia terminate,
unfortunately had to terminate people for a business
decision.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
 1                      GALLO              22
 2          So came a point, say, okay, Mr. Libutti
 3     call me that Alitalia Rome decided to eliminate that
 4     position.  I say if the position is eliminated, what
 5     we should do, look if there is a position available
 6     for Ester LoRusso.
 7          I was trying to object not on the decision
 8     that was made to eliminate Ester LoRusso, but I had
 9     specific questions, how it was possible and how
10     operationally Alitalia would have operated here in
11     North America when I knew for years that
12     communication and advertising, main office, did
13     avail themself a lot on the contribution of Ms.
14     LoRusso or the units in North America to perform
15     that function, also in Italy, as well as the rest of
16     the world.
17          It was still told me by Mr. Libutti that
18     for a period of time there would have been a person
19     that was working with Ms. LoRusso that was
20     coordinating the job with Rome, and then in the
21     second moment, that person would be transferred to
22     Rome and perform the job there.
23          Q.   What, I'm sorry?
24          A.   I'm trying to remember this lady's name,
25     but I don't remember.
```

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

GALLO                    23

1

2      Q.   Is her name Francesca Forte?

3      A.   Yes.  You know the story then.

4           MR. AKIN:  I'm sorry, Francesca?

5           MS. KURZON:  Francesca Forte.

6      A.   It's F-o-r-t-e.

7      Q.   Do you know how old Ms. Forte was at that

8 time in 2004?

9      A.   No, exactly her age, but definitely

10 younger.

11     Q.   When you say definitely younger, is that

12 definitely younger than Ms. LoRusso?

13     A.   Yes, otherwise she would not have been

14 picked up.

15     Q.   Had Ms. Forte been trained by Ms. LoRusso

16 in New York?

17     A.   Yes.

18     Q.   And did Mr. Libutti tell you that he was

19 purposely transferring Ms. LoRusso's duties to Rome

20 so that he could terminate her?

21          MR. KORAL:  Objection.

22          THE WITNESS:  Ignore?

23          MR. AKIN:  You can answer the question.

24     Q.   Yes.

25     A.   Yeah, not just Mr. Libutti, Mr. Galli as

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
1                        GALLO              24

2    well.

3         Q.   Anyone else?

4         A.   I believe Mr. Gilardi was present in one

5    of these meetings so he could help.

6         Q.   Did Mr. Libutti or Mr. Galli or

7    Mr. D'Ilario or anyone else instruct you to give Ms.

8    LoRusso a severance at that time?

9         A.   It was more than that.  In the interim, we

10   offered a package and Mr. Libutti thought Ms.

11   LoRusso would be part of that group, but she was not

12   50 years old yet, for a few months, so she could not

13   participate.

14        We had, myself and Mr. Libutti had one,

15   two or three meetings with Ester LoRusso trying to

16   have Ms. LoRusso, try to have Ms. LoRusso accept an

17   ad hoc package, you know, resigning and signing

18   proper documents on behalf of Alitalia.

19        And it was, there were more than, was more

20   than one offer to Ester LoRusso.  And I believe the

21   last one that was offered to Ester was in the

22   ballpark of $300,000, but it was not accepted.  So

23   Mr. Libutti, after the last meeting, said, you have

24   to find a solution to terminate her, even if we have

25   to reach a compromise for Alitalia.
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
 1                          GALLO              25
 2        Q.    Did Ms. LoRusso say why she did not accept
 3    the package at that time?
 4        A.    She fought mainly because she was
 5    complaining to us that the reason why they wanted
 6    her out because they were discriminating her.  She
 7    was fighting very hard, that was my perception, to
 8    fight for her job.
 9              MR. AKIN:  Let's take a two-minute break.
10              MS. KURZON:  Sure.
11              THE VIDEOGRAPHER:  We're going off the
12        record at 11:00 a.m.
13              (A brief recess was taken.)
14              THE VIDEOGRAPHER:  This is the beginning
15        of tape two.  We're going back on the record at
16        11:21.
17        Q.    Mr. Gallo, other than what we have already
18    discussed, did Mr. Libutti and/or Mr. Galli give you
19    any other reason as to why they wanted to terminate
20    Ester in 2004 other than the fact that they
21    perceived her to be old?
22              MR. KORAL:  Objection.
23              MR. AKIN:  By Counsel, the second reason
24        was that she had a sexual relationship with
25        somebody.  Do you want to include that too?
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                          GALLO                    26

2          MS. KURZON:  Yes.

3     Q.    Other than anything else we discussed, was

4     there any reason other than the fact that she had

5     sexual relations with top management in Rome and

6     based on the fact that she was perceived as old?

7          MR. KORAL:  Objection.

8     A.    That's what I remember.  Oh, one minute,

9.    excuse me.  She was perceived to be a lesbian.  Did

10    I say that before?  I don't remember.

11    Q.    And who told you that?

12    A.    Mr. Libutti.

13    Q.    And what did he say, if you recall?

14    A.    Came across with discussing the same

15    story, so I don't remember exactly how it come up,

16    but it came up more than once.

17    Q.    In 2004 when you were having these

18    discussions, do you know approximately how old Ester

19    was at that time?

20    A.    Late 40s, I believe.

21    Q.    Did Mr. Libutti or Mr. Galli express that

22    they wanted to get rid of everyone in their late 40s

23    or just certain people or women or something else?

24         MR. KORAL:  Objection.

25    A.    Age was my sense, age, gays, lesbian.

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
                              GALLO                    29
 1

 2        Q.   Did she express to you why she felt that

 3   GA 2000 would close shortly after she was placed

 4   there?

 5        A.   I don't recall.

 6        Q.   Just to get back to your prior testimony

 7   regarding the severance offer that you and others

 8   made to Ms. LoRusso, you referenced a plan; is that

 9   an early-retirement plan?

10        A.   Yes, it was, but she could not be part of

11   it.

12        Q.   Why could she not be part of it?

13        A.   Because prerequisite of that preretirement

14   is, if I recall well, minimum age, 50, 53, you know,

15   there was going back and forth because -- I believe

16   it was 50 or 53.

17        Q.   During that time did Mr. Galli and/or

18   Mr. Libutti tell you what age they would like the

19   average woman to be in the New York office?

20        MR. KORAL:   Objection.

21        A.   The objective and part of the plan was to

22   substitute older people with younger employees, no

23   older than 30.

24        Q.   How did you know that that was the

25   objective?
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
1                         GALLO                30
2        A.   Because they told me.
3        Q.   What did they say?
4        A.   Exactly what I said.
5        Q.   That the objective was to have no
6   employees older than 30 in the New York office?
7             MR. AKIN:  Let me just --
8        Q.   I'm sorry?
9        A.   To replace older people with younger, not
10  older than 30.
11            MR. AKIN:  People they are hiring would be
12            not older than 30.
13            MR. KORAL:  Okay, you're right.
14       Q.   Did Ester accept the position at GA 2000?
15       A.   Yes.
16       Q.   And do you recall what her title was?
17       A.   Managing director.
18       Q.   I apologize if I asked this already, but
19  do you know why Ester was of the belief that GA 2000
20  would close shortly after she started there?
21            MR. KORAL:  Objection.  You did ask
22            already.
23            MR. AKIN:  Answer, if you know.
24       A.   I don't recall, but I recall her concern
25  was that Alitalia would terminated her during the
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

ESTER LORUSSO,

                Plaintiff,

    -against-

                1:07 CV 03583-LBS

ALITALIA-LINEE AEREE ITALIANE, SpA,

                Defendant.

---------------------------------x

DEPOSITION OF FRANCESCO GALLO

Friday,  January 11, 2008

New York, New York

REPORTED BY:

Holly Hough



TOBY FELDMAN
INCORPORATED

Gallo                              119

1

2    placed, I would have given to either Ester LoRusso,

3    no, to Stephanie Pedicini, Linda or Angela Ross,

4    other people that were there before.

5         Q.   Okay.  And on your last day of employment,

6    did you take any of these folders that we're

7    discussing right now with you out of the office?

8         A.   Absolutely not.

9         Q.   You previously testified that you would

10   have conversations with Mr. Libutti and he would

11   write things down on a piece of paper and oftentimes

12   throw them out.

13             Did you take contemporaneous notes for

14   yourself or was Mr. Libutti the only one writing at

15   this time?

16        A.   Was Mr. Libutti because the note was done

17   by me for Mr. Libutti.

18        Q.   And how often did you meet with

19   Mr. Libutti where he would write notes and then

20   throw them out in reference to Ms. LoRusso and her

21   complaints; was it more than three times?

22        A.   Yeah, two, three times.

23        Q.   Do you recall what those meetings were

24   about in reference to Ms. LoRusso?

25        A.   I would not characterize them as meetings.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

Gallo                              120

1
2    They were an encounter which were taking place
3    almost on a daily basis, every morning that I would
4    meet with Giulio Libutti in his office.
5         Q.   And what would take place during these
6    encounters with respect to Ms. LoRusso?
7         A.   The situation that LoRusso had to be
8    terminated.
9         Q.   And did Mr. Libutti tell you why Ms.
10   LoRusso had to be terminated?
11        A.   It was part of the program and conspiracy
12   since he arrived in New York, I would say after a
13   month started, not just with Ms. LoRusso.
14        Q.   What was this conspiracy?
15        A.   Certain employees had to be terminated.
16        Q.   The decision to terminate these certain
17   employees was based on what?
18        A.   I believe I answered already those
19   questions, but I repeat.  Was more than one reason,
20   age, gay, lesbian, and people that were not accepted
21   in terms of character and was defined as cordate.
22        Q.   What does cordate mean in English?
23        A.   I don't know.  Cordate means group of
24   people, you know, bunch of people that have the same
25   objective.  If you are a friend of mine, part of

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning