# EXHIBIT F

1

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ESTER LORUSSO,

                        Plaintiff,

        -against-

                        1:07 CV 03583-LBS

ALITALIA-LINEE AEREE ITALIANE, SpA,

                        Defendant.

------------------------------------x

DEPOSITION OF PIERANDREA GALLI

Monday,  January 28, 2008

New York, New York

REPORTED BY:

Holly Hough

TOBY  FELDMAN
INCORPORATED
One Penn Plaza . NYC 10119 . tel (212) 244.3990 . fax (212) 268.4828 . email@tobyfeldman.com

```
 1                        Galli                    7

 2         Q.   Do you know who Ester LoRusso is?

 3         A.   Yes.

 4         Q.   Who is that?

 5              MR. KORAL:  Objection.

 6         A.   She is a former employee of Alitalia.

 7         Q.   How long have you known her?

 8         A.   Since '96.

 9         Q.   Did you work with her when you were in New

10    York City between 1996 and 1997?

11         A.   Yes.

12         Q.   How did you work with her?

13         A.   I was her boss.

14         Q.   How about in 2003-2004?

15         A.   I was not her direct boss but boss of her

16    boss.

17         Q.   What was your title when you were in New

18    York between 1996 and 1997?

19         A.   I was responsible for marketing and sales,

20    North America.

21         Q.   What was your title then?

22         A.   Sales and Marketing Manager for North

23    America.

24         Q.   Sales and Marketing Manager.  Is that

25    above or below the position of Director of
```

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
1                         Galli                    8
2    Marketing?
3         A.    It is above the position.
4         Q.    Above?
5         A.    Yes.
6         Q.    What was your title when you were in New
7    York in 2003-2004?
8         A.    I was Managing Director for the Americas.
9         Q.    What were your duties then?
10        A.    I was responsible for what are the sales
11   and for North America, Central and South America.
12        Q.    Does Ester LoRusso still work at Alitalia?
13        A.    No.
14        Q.    Do you know why she doesn't?
15        A.    She is not working anymore with Alitalia.
16        Q.    What led to her departure?
17        A.    What?
18        Q.    What led to her departure?
19        A.    Can you repeat, what?
20        Q.    What led to her departure from the
21   company?
22        A.    It was the cancellation of the position.
23        Q.    What do you mean by that?
24            MR. KORAL:  The position?
25        A.    The position.  So the position that she
```

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning