# EXHIBIT G

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ESTER LORUSSO,

                    Plaintiff,
                              Civil Action No.
          -against-          1:07-CV-03583

ALITALIA-LINEE AEREE ITALIANE, SpA,

                    Defendant.

------------------------------------x

                    April 18, 2008
                    10:09 a.m.


     Videotaped Deposition of ANDREA SCIARRESI,

taken by Plaintiffs,, at the offices of The

Ottinger Firm, PC, 19 Fulton Street New York,

New York, before SUZANNE PASTOR, a Shorthand

Reporter and Notary Public within and for the

State of New York.

1                    ANDREA SCIARRESI
2        Q.        While working for Alitalia.
3        A.        Yes, I was based in New York while
4    I was working at Alitalia.
5        Q.        When was that, sir?
6        A.        From the middle of January 2004
7    till officially when I was transferred from New
8    York to Italy on March 2005.
9        Q.        So you started working in New York
10   in January of 2004.
11       A.        Yes.
12       Q.        And what was your job for Alitalia
13   in New York in January of 2004?
14       A.        I was HR director for North America
15   and Mexico.  Human resources director.
16       Q.        And what did you do as HR director
17   for North America and Mexico?
18       A.        I represented Alitalia for all the
19   divisions, for passengers, sales, stations,
20   cargo.  And I represented Alitalia on all the
21   matters regarding the human resources
22   management.
23       Q.        Who was your -- where were you
24   located in New York?
25       A.        Initially it was New York City at

ANDREA SCIARRESI

1
2  666 54th street on Fifth Avenue.  Then we moved
3  to the Empire State Building on May 2004.
4        Q.    Did you have a supervisor while you
5  were in New York?
6        A.    Yes.
7        Q.    Who was that?
8        A.    Mr. Julie Libutti.
9        Q.    Do you know the plaintiff in this
10  case, Ester LoRusso?
11        A.    I know Ester LoRusso.
12        Q.    Is she here today in the room?
13        A.    Yes.
14        Q.    Do you see her here?
15        A.    Yes.
16        Q.    When did you meet her?
17        A.    I met her when I arrived in New
18  York because she was one of my colleagues on the
19  management team of Alitalia here in North
20  America and Mexico.
21        Q.    Did she work in the same office as
22  you did in New York City?
23        A.    In the same offices, yes.
24        Q.    What was her job at Alitalia when
25  you were working in New York City?

1                 ANDREA SCIARRESI

2        A.      She was the marketing director of

3   Alitalia, marketing -- if I remember well,

4   marketing director.

5        Q.      In your position as human resources

6   director while you were in New York --

7        A.      Yes.

8        Q.      -- did you have occasion to speak

9   to your supervisor Mr. Libutti about his plans

10  to make changes to the -- with the employees who

11  worked there at the company?

12       A.      Yes.

13       Q.      And did he have any discussions

14  with you about any proposed changes in 2004?

15       A.      Yes.

16       Q.      When was that in 2004, if you know?

17       A.      More or less about August, in the

18  summer.  Specifically in August 2004.

19       Q.      What was the nature -- what were

20  the nature of those changes that he discussed

21  with you?

22       A.      He wanted to make a reorganization

23  plan in order to fire the old people in the

24  company and replace them with young people, new,

25  appoint or maybe promoting new manager in the

1                   ANDREA SCIARRESI

2    company.

3         Q.        That's what Mr. Libutti told you?

4         A.        Yes.

5         Q.        Did you say anything to him when he

6    said he wanted to do that?

7         A.        Sorry?

8         Q.        Did you say anything to him when he

9    told you that he wanted to do that?

10        A.        Yes, I told him that this was

11   illegal.

12        Q.        And what did he say?

13        A.        He said I don't care, I need to

14   make this plan and I will go on with like that.

15        Q.        Would that plan that Mr. Libutti

16   explained to you have an impact on Ester

17   LoRusso?

18        A.        Yes.

19        Q.        How so?

20        A.        How?

21        Q.        How?

22        A.        Okay.  Because Ms. LoRusso was one

23   of the colleagues in the senior positions in the

24   company, and it was long seniority in the

25   company.  So he wanted to let out anyone with

1                    **ANDREA SCIARRESI**

2    old position and old people in the company.  So

3    Ms. LoRusso was a part of this plan.

4           Q.      Because she was an older person and

5    in a senior position?

6           A.      Yes.

7                   MR. KORAL:  Objection.

8           Q.      That's correct?

9           A.      That's correct.

10          Q.      And did anything happen to Ester

11   LoRusso's job at Alitalia as a direct result of

12   Mr. Libutti's plan?

13          A.      Yes, Mr. Libutti wanted to move

14   Ester LoRusso to GA 2000.

15          Q.      What is GA 2000?

16          A.      GA 2000 was -- at the moment I

17   don't know.  It was a subsidiary company of

18   Alitalia.

19          Q.      And what did GA 2000 do as a

20   subsidiary of Alitalia?

21          A.      Was in charge for -- I don't know

22   exactly what GA 2000 was in charge for because I

23   didn't have any kind of relation with GA 2000.

24   I only know that it was a subsidiary.  I don't

25   know the business of GA 2000.

ANDREA SCIARRESI

1
2      Q.      What happened to Ester LoRusso's
3   job at Alitalia?
4      A.      Till I was present in the offices
5   in August 2004, Mr. Libutti wanted to move Ester
6   LoRusso because he wanted Mrs. LoRusso out of
7   the company, out of the organization plan, the
8   organization chart of Alitalia.  So he wanted to
9   move her to GA 2000, promoting her with the
10  position of managing director of GA 2000.
11     Q.      Now, based upon what you know from
12  what Mr. Libutti told you, was Ms. LoRusso's age
13  a factor in Mr. Libutti's decision to move her
14  out of Alitalia into GA 2000?
15             MR. KORAL:  Objection.
16     A.      Yes.  He wanted to move
17  Mrs. LoRusso because she was one of the old
18  people in the position.  So he told me these
19  words.
20     Q.      And it was based upon, in part at
21  least, her age?
22     A.      Yes.
23             MR. KORAL:  Objection.
24     Q.      Did Mr. Libutti, based upon your
25  knowledge of him and your work with him, have an

**ANDREA SCIARRESI**

1
2   opinion of Ester LoRusso based upon the fact
3   that she was also a woman?
4          MR. KORAL:   Objection.
5          A.      Yes.  He told me he wasn't
6   comfortable with a woman in high position.
7          Q.      When did he tell you that?
8          A.      When he came to my office and
9   telling me about this organization plan that he
10   had in mind.
11          Q.      Did Mr. Libutti ever say anything
12   to you about his comfort with women or
13   minorities working under him?
14          MR. KORAL:   Objection.
15          A.      He wasn't comfortable with the
16   minority and the other people that could be
17   different from his way of thinking.
18          Q.      So tell me, what did Mr. Libutti
19   say to you about having minorities or females
20   working in the company, if at all?
21          MR. KORAL:   Objection.
22          A.      Yes, Mr. Libutti -- I can tell you
23   this example.  I wanted to hire a new station --
24   a new manager for Washington Station.  His name
25   is Mr. Alton Watt.  He was -- he is a black guy.

Page 14

**ANDREA SCIARRESI**

attack, a personal insult.  So he told me he
disliked her because she often wasn't in line
with his way of thinking and his orders.

Q.    Were any other comments made to you
that showed his view of having females working
in high positions in the company?

MR. KORAL:  Objection.

A.    He wasn't uncomfortable talking
about women in high positions.  It was something
that probably he has done on several occasions,
informal occasion with jokes or some anecdotes
or something like that.

Q.    Were there any occasions where you
would discuss with Mr. Libutti as human
resources director about the antidiscrimination
laws in the United States?

A.    Yes.

MR. KORAL:  Objection.

Q.    Could you please tell me about
that?

A.    I told him that as I was the HR
director, I was responsible to apply the U.S.
regulation of law and to be in line with the
internal and external law.

ANDREA SCIARRESI

1
2          So the discrimination or the
3   harassment or any other behavior that was out of
4   the laws currently applying in the U.S. was
5   illegal.  And I always told him that he was
6   to -- he has to be careful in the behavior
7   because he has to be in line with the regulation
8   and the law that was applying to United States.
9          Q.      Did you have -- as the human
10  resources director and working closely with
11  Mr. Libutti, did you know what his -- in your
12  opinion, did he respect the antidiscrimination
13  laws in the United States?
14                 MR. KORAL:   Objection.
15         A.      Can I --
16         Q.      Sure, repeat?
17         A.      Yes.
18         Q.      First I'll ask the court reporter
19  to read it back.
20                 (The pending question was read.)
21         A.      No, he didn't.
22         Q.      Did you work closely with
23  Mr. Libutti?
24         A.      Yes, I did.
25         Q.      Why did you feel he doesn't --

ANDREA SCIARRESI

1

2      A.      Because he used to complain against

3   the U.S. lawyers and regulations because he felt

4   that it was too rigid and too difficult to

5   manage for his way of managing.  And so he

6   started -- on the first period he seemed to be

7   more worded about this regulation --

8      Q.      More what?

9      A.      More awareness, sorry, about this

10  regulation.  Then he used to say he didn't care

11  if someone could write or complain against his

12  way of attitude or behavior because he didn't

13  care at all because he was the boss of North

14  America and Mexico so he could do as he wanted,

15  so he didn't care of the regulations.

16     Q.      How do you know that?

17     A.      He told me.

18     Q.      When did he -- will you please

19  explain?

20     A.      Yes, he told me that he was too

21  tired of the rigid regulation of the United

22  States.  At the end, let the people write or

23  complain, I don't care.

24     Q.      When you say regulation, what

25  regulation are you referring to?

Page 17

ANDREA SCIARRESI

1

2     A.     Internal the company, external by
3  the U.S. laws.  Any kind of laws that we should
4  apply working in USA.
5     Q.     You're referring to the
6  antidiscrimination laws?
7     A.     Antidiscrimination, harassment,
8  internal climate.  Anything that could be
9  related to the human resources management, so
10  the approach and the management with the people.
11     Q.     How do you know he felt this way?
12     MR. KORAL:  Objection.
13     A.     Because he told me.
14     Q.     How many times?
15     A.     Several times.  Specifically at the
16  end, at the end, until August, until I was in
17  the offices, the last months he didn't care at
18  all.  So he was used to repeat this on several
19  occasions to me.
20     Q.     Was there a concern that the
21  decision to remove Ms. LoRusso from her position
22  at Alitalia might violate the American
23  antidiscrimination laws?
24     MR. KORAL:  Objection.
25     A.     If he understood -- if he felt that

Page 18

### ANDREA SCIARRESI

1
2   Mrs. LoRusso could file against his decision to
3   move her?  Is this the question?
4       Q.    Yes.
5             MR. KORAL:  Objection.
6       A.    Yes.
7       Q.    Well, how do you know that?
8       A.    Because he was in USA.  He knew the
9   regulation and he knew the antidiscrimination
10  policies.  And so probably he felt that
11  Mrs. LoRusso could file or complain against him
12  against his decision.
13      Q.    Was there -- as the human resources
14  director, sir, in New York, was there ever a
15  time when you discussed Ms. LoRusso's situation
16  with Mr. Libutti?  Keeping her position at
17  Alitalia?
18            MR. KORAL:  Objection.
19      A.    In the position?  Not until August
20  when he proposed -- or he showed me that he
21  wanted to do this reorganization plan.  Not
22  specifically because I didn't have so many
23  contact with Mrs. LoRusso.  So before
24  approaching this new organization plan that he
25  had in mind, he always -- or often told me that

1                    ANDREA SCIARRESI

2    he didn't like her approach, her way to reply to

3    him.  But we didn't have a chance to discuss

4    about the position of Ms. LoRusso until he

5    wanted to have this reorganization plan.

6           Q.     Explain about his reorganization

7    plan.  What was he doing?

8           A.     The reorganization plan, what

9    introduced me verbally because I didn't see

10   anything or I didn't sign or approve anything

11   about the reorganization plan.  Simply wanted to

12   have a firing or a termination of the old people

13   in the company, especially in the higher

14   positions and to replace them with new managers,

15   new appointed people.  That was the core of the

16   project.

17          Q.     Did he show you any documents that

18   related to his plan to do this?

19          A.     No, not in the discussions, no.

20          Q.     How many times did you discuss this

21   plan with him?

22          A.     Just in the locations.

23          Q.     Just what?

24          A.     Just when he came to my office and

25   told me that he wanted to have this organization

Page 20

**ANDREA SCIARRESI**

1

2  plan.

3          MR. KORAL:  Could you read that

4  series of questions and answers back.  I'm not

5  clear.

6          (The record was read as requested.)

7      Q.      Now, did Mr. Libutti implement this

8  reorganization plan that would impact the older,

9  more senior workers?

10      A.      Yes, he implemented the

11  reorganization plan.

12      Q.      How did he do that?

13      A.      I knew because I was informed when

14  I was out of the company that he launched this

15  project by himself and went on.

16      Q.      Do you know how he intended to do

17  this?  How he intended to accomplish this

18  reorganization plan?

19      A.      I don't know.  He wanted just make

20  it -- he just told me the goal of the project.

21  I didn't know what he wanted to do.

22      Q.      Were you going to be part of this

23  plan as the HR --

24      A.      He wanted my approval.  And I

25  refused.

Page 21

1                    ANDREA SCIARRESI

2        Q.      Did you object to what he was

3    planning to do?

4        A.      Yes.

5        Q.      What did you say?

6        A.      It was really illegal to fire old

7    people and replace with young people.

8        Q.      Was there any discussion as to why

9    he wanted to do this?

10       A.      No.

11       Q.      Now, how did Mr. Libutti's plan

12   that you've just described impact Ms. LoRusso,

13   if at all?

14       A.      Because --

15              MR. KORAL:   Objection.

16       A.      Because Ms. LoRusso was a director

17   in a senior position.  And it was a long time

18   that she was in the company.

19       Q.      How did it affect her?

20       A.      Yes.

21       Q.      What happened to her as a result?

22              MR. KORAL:   Objection.

23       A.      He wanted to move her to GA 2000.

24   So he wanted her absolutely out of the company,

25   out of Alitalia.

1        ANDREA SCIARRESI

2        Q.      How would that accomplish his goal

3    of getting her out of the company?

4        A.      Can you repeat, please?

5               MR. KORAL:   Objection.

6        Q.      How would putting her in GA 2000

7    accomplish Mr. Libutti's goal?

8               MR. KORAL:   Objection.

9        A.      Because G 2000 wasn't part of

10   Alitalia.  So he just wanted to have her name

11   out of the organization chart of Alitalia.

12       Q.      As the human resources director,

13   was there ever a time when you would discuss

14   with Mr. Libutti his view of having females

15   working with him, under him in New York?

16              MR. KORAL:   Objection.

17       A.      Yes.

18       Q.      Please tell me about that.

19              MR. KORAL:   Objection.

20       A.      Only informal occasions, I don't

21   remember exactly the time, he used to say that

22   he was uncomfortable with women in the high

23   position.  Because as example of women in high

24   position was Ms. LoRusso.  And he disliked her,

25   her approach.  And he didn't like her way to

Page 23

1              ANDREA SCIARRESI

2    manage because it wasn't in line with his way.

3    And so he really felt as a personal insult for

4    him to have a dialogue with her when she wasn't

5    in line with him.

6         Q.      How was her gender a factor in

7    that?

8              MR. KORAL:  Objection.

9         Q.      If you know.

10        A.      Was gender?  Probably, yes.  He

11   told me I don't like her, especially as a woman

12   in high position.

13        Q.      Were any comments made about just

14   women in general in high positions?

15             MR. KORAL:  Objection.

16        A.      Generally, he told me that he

17   didn't like the idea of having women in high

18   position.

19        Q.      Were there any -- as the human

20   resources director, in your discussions with

21   your supervisor, Mr. Libutti, were there any

22   times that you discussed the possibility of

23   promoting a woman to a higher position?

24             MR. KORAL:  Objection.

25        A.      No, he didn't tell me anything.  He

1              ANDREA SCIARRESI

2    didn't want to promote anyone.

3          Q.        Anyone or any woman?

4          A.        Any woman.

5          Q.        Tell me about that.

6          A.        Well, we didn't have the occasion

7    to speak about promotion of a woman in a high

8    position.  There wasn't a chance to discuss

9    about that.  I don't remind any episode talking

10   about the promotion of a woman in high position.

11         Q.        Now, you mentioned a moment ago an

12   example of an African American man who had an

13   eye infection and who was gay.

14         A.        Yes.

15              MR. KORAL:  Objection.

16         Q.        Were there any other times when you

17   discussed the employment of minorities in

18   Alitalia with Mr. Libutti?

19              MR. KORAL:  With --

20              MR. OTTINGER:  Libutti.

21         A.        No.  That fact was the most

22   evidence.

23         Q.        Was there any other time when the

24   subject of employing minorities or females came

25   up?

Page 25

**ANDREA SCIARRESI**

1
2     A.       No, he didn't like the diversity of
3     minority.  It was something that he disliked as
4     a human being.
5     Q.       How do you know that?
6     A.       It was the way that he spoke about
7     the expressions.  I felt the sensation that he
8     disliked.  He wasn't comfortable with the
9     diversity.
10    Q.       How do you know that?
11             MR. KORAL:   Objection.
12    A.       Well, he told me that he wasn't
13    comfortable.
14    Q.       And did that impact the way he
15    managed Alitalia's offices in New York?
16             MR. KORAL:   Objection.
17    A.       Yes.
18    Q.       How so?
19    A.       Well, the fact is the way he
20    treated episodes like Alton Watt or Ms. LoRusso.
21    So this represent to me -- represented to me as
22    a human resources director a wrong way to manage
23    the people generally.  Specifically in the USA.
24    Q.       In your opinion as human resources
25    director and based upon what you know from your

1               **ANDREA SCIARRESI**

2  conversations with Mr. Libutti, was

3  Ms. LoRusso's age a factor in the decision to

4  move her out of Alitalia into GA 2000?

5          MR. KORAL:   Objection.

6     A.     Yes.

7     Q.     Why do you believe that?

8          MR. KORAL:   Objection.

9     A.     Because he told me that he didn't

10  want any more old people, including Ester

11  LoRusso, especially in high position.

12     Q.     Was her gender a factor in that

13  decision?

14          MR. KORAL:   Objection.

15     A.     Maybe I misunderstood the question.

16     Q.     Was Ms. LoRusso's gender, the fact

17  that she's a female, also a factor in the

18  decision --

19          MR. KORAL:   Objection.

20     A.     Yes --

21     Q.     Let me finish.

22          -- a factor in her decision to move

23  her out of Alitalia?

24          MR. KORAL:   Objection.

25     A.     Yes.

                    ANDREA SCIARRESI

1

2      Q.      Why is that?

3      A.      Because he didn't like to have

4   women in high position.

5      Q.      How do you know that?

6      A.      He told me.

7      Q.      I imagine it must be difficult --

8   was there any controversy that arose as a human

9   resources director, if you're working with

10  Mr. Libutti and his intentions to do what you

11  just described, would that create any conflict

12  between the two of you?

13              MR. KORAL:   Objection.

14      A.      If this way could create a conflict

15  between me and Mr. Libutti?

16      Q.      Yes.

17      A.      Absolutely.

18      Q.      How so?

19      A.      Well, he started immediately to

20  approach me insulting or joking with me --

21      Q.      Let me ask you --

22      A.      -- telling me insults like bull of

23  the provinces.  Can I say in Italian the insults

24  that he told to me?

25      Q.      If that's what you're comfortable

Page 28

1                    ANDREA SCIARRESI

2    do.

3            A.      He called me testa di cazzo.

4            Q.      What does it mean?

5            A.      Head of cock.  Caglione.

6            Q.      What's that mean?

7            A.      I believe moron.  Torro della

8    provincia, because I came from province and not

9    from a big city like Rome or New York.  And so

10   on.  So he disliked the way that it was in line

11   with the regulation of my work and my function.

12           Q.      When you say regulation, you mean

13   the American discrimination law?

14           A.      American --

15                   MR. KORAL:  Objection.

16           A.      -- discrimination.  Work

17   relationship rules, anything that was linked

18   with the human resources management.  Because I

19   was professional of HR management also before

20   joining Alitalia so I was fully aware of the HR

21   management in the business.

22                   So he didn't like this approach.

23   He wanted someone that's obey to his orders with

24   no comments.  And he started to as he understood

25   this way of management to attack me personally,

1              **ANDREA SCIARRESI**

2    also with my family.  And threaten me to send me

3    back to Rome if I didn't accept his orders.  And

4    I told him that I also was reporting to Rome,

5    but I didn't care and said -- he didn't care

6    that I had the reporting supervisor in Rome

7    because he was my only supervisor.

8              Q.      Did you tell people in Rome for

9    Alitalia about what Mr. Libutti was doing here

10   in America?

11             MR. KORAL:   Objection.

12         A.      Yes.

13         Q.      Did you --

14         A.      I sent an e-mail to Mr. Mario

15   D'Angelo --

16         Q.      What did you say?

17         A.      -- telling him what was happening.

18   Especially at the end, the month of August,

19   before my hospitalization.

20         Q.      What did you say in that e-mail,

21   sir?

22         A.      I don't remember each lines.

23         Q.      Summarize it.

24         A.      Well, I was telling him that

25   Mr. Libutti attacking me in a terrible way and

1              ANDREA SCIARRESI

2    to create me really a bad situation in the

3    company.  And also if I remember, I told him

4    some people was complain against Libutti and

5    against Alitalia.

6        Q.    Was there any mention in that

7    e-mail about Mr. Libutti's violation of the

8    American antidiscrimination laws?

9              MR. KORAL:  Objection.

10       A.    I don't remember.

11       Q.    Did you ever tell anyone in Rome

12   that Mr. Libutti in your opinion may be

13   violating the American antidiscrimination laws?

14       A.    I don't remember the moment, but I

15   told him, if I remember, with a conference call,

16   with a call to Mario D'Angelo -- I don't

17   remember specifically.

18             I can say one moment or one

19   occasion I told him for sure I wrote an e-mail,

20   one or two, I don't remember, in which I said

21   that Libutti treating me in a very bad way

22   because I was just trying to apply the

23   regulation, the American-Italian.  And some

24   people was complaining -- was about to complain

25   or was complaining against the company.

1                   ANDREA SCIARRESI

2          A.      Nothing that I know.

3          Q.      Did you bring a lawsuit against

4   Alitalia?

5          A.      Yes.

6          Q.      Do you have one pending now?

7          A.      Yes.

8          Q.      Do you feel like Mr. Libutti or

9   Alitalia violated your rights?

10         A.      Yes.

11                 MR. KORAL:  Oh, objection to that

12   question.

13         Q.      Have you discussed Ms. LoRusso's

14   case with Ms. LoRusso in the past -- since she's

15   left Alitalia?

16         A.      Never.

17         Q.      When did you get to New York, sir?

18         A.      Yesterday I arrived at 13:15 p.m.

19   Thursday.  Yesterday.

20         Q.      And since then have you discussed

21   the case with Ms. LoRusso?

22         A.      Nothing.

23         Q.      How did you get here to New York?

24         A.      With the plane, with the flight of

25   Alitalia in the morning from DaVinci Airport,

1              ANDREA SCIARRESI

2    Rome to New York, JFK.

3         Q.      Did Ms. LoRusso pay for your

4    flight?

5         A.   ·  No.

6         Q.      Has Ms. LoRusso provided you with

7    any compensation to come here?

8         A.      No.   Nothing.

9         Q.      Why are you here testifying like

10   this today?

11        A.      I'm here to tell the truth about

12   this case from what I know and to have the

13   justice.

14        Q.      Why would you come all the way from

15   Rome to New York on your own to testify like

16   this?

17        A.      Because I felt it was the right

18   thing to do.

19        Q.      Why do you feel that way?

20        A.      Because I am here to testify

21   against a violation to me, against U.S. law, USA

22   laws.  And I didn't feel that this I could take,

23   so I wanted to come here and to tell the truth

24   and to answer the question about this case.  And

25   to have justice for the situation.

1                    ANDREA SCIARRESI

2         Q.        Everything you're telling us is the

3    truth?

4                   MR. KORAL:   Objection.

5         A.        Yes.

6         Q.        Let's take a short break, okay?

7         A.        A break?

8         Q.        I want to take a short break and

9    we'll reconvene in ten minutes.

10                  THE VIDEOGRAPHER:   The time is

11   10:47 a.m.   We're off the record.

12                  (Recess taken.)

13                  THE VIDEOGRAPHER:   The time is

14   11:00 a.m.   We're back on the record.

15                  MR. OTTINGER:   I have no further

16   questions of the witness.

17                  MR. KORAL:   I have several.

18   EXAMINATION CONDUCTED

19   BY MR. KORAL:

20        A.        Good morning.

21        Q.        Mr. Sciarresi.

22        A.        Yes.

23        Q.        My name is Alan Koral and I'm the

24   attorney representing Alitalia in this

25   litigation.   I have a number of questions for