# EXHIBIT H

Robert Ottinger
The Ottinger Firm, P.C.
South Street Seaport
19 Fulton Street, Suite 408
New York, New York 10038
(212) 571-2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ESTER LORUSSO,

        Plaintiffs,

vs.

ALITALIA-LINEE AEREE ITALIANE SpA.

        Defendant.

07 CV 3583

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF GABRIELE M. MARIOTTI

GABRIELE M. MARIOTTI, being duly sworn, deposes and says:

This affidavit is based upon my personal knowledge, information and belief:

1.     I served as a member of senior management for Alitalia in the New York Office. In 2003 and 2004, I served as Director of Pricing and later in 2004 or early 2005 my title changed to Director of Pricing and Direct Sales. My work principally concerned pricing and direct sales and as such I worked closely with GA2000.

2.     GA2000 was an Alitalia subsidiary that was used as the main channel of sales to the Italian ethnic market.

3.  As a member of senior management, I frequently participated in management meetings at the New York Office with Giulio Libutti and Pierandrea Galli and GA2000 was discussed on occasion.

4.  In 2003 and 2004, Mr. Libutti and Mr. Galli stated in my presence that they intended to close GA2000. These statements were made before Ester Lorusso was transferred to work in GA2000 in late 2004.

_____
Gabriele Mariotti

Sworn to and subscribed before me this
28th day of May, 2008

_____
Notary Public

Yan Senouf, No. 02SE6099148
Notary Public, State of New York
Qualified in New York County
Commission expires on 9/22/20__