# EXHIBIT I

Case 1:07-cv-03583-LBS-RLE    Document 28-10    Filed 05/30/2008    Page 2 of 2

*Continued from page 22*
was the California Republican Party's nominee for lieutenant governor.

As the head of the ATA, Hallett serves as the chief advocate of the industry, testifying before Congress during a critical time in aviation history. She must be making her case well—in 1995, her first year at the ATA, the airlines showed a net profit of $2.37 billion, the first profitable year since 1989. Her biggest challenge? "I'm always dealing with problems for which the solutions are not easy," she says.

### Ester Lorusso
**Manager-Marketing Communications**
**Alitalia**

Ester Lorusso began her Alitalia career in the pressure-cooker arena of reservations. From there she worked her way through public relations and marketing, and is now in charge of getting the word out about Alitalia's Magnifica Class, its new product that replaces business- and first-class service.

Lorusso says that working at Alitalia, considered by many to have a male-dominated culture, has presented its challenges. "Today women are advancing to higher positions, and the company is undergoing major reorganization," she says, "which may become an avenue for potential opportunities."

As Alitalia wends its way through the world of codeshares, enters a new millennium and faces the European Union's upcoming program for carriers in Europe, Lorusso sees her challenge clearly—filling seats with Americans headed for the land of her ancestors, one of the world's best-loved countries.

### Lisbeth (Beth) Lee Mack
**Staff VP-Advertising and Marketing Programs**
**TWA**

Being named to a list of powerful women is nothing new for Beth Mack—the 1975 *summa cum laude* graduate of Michigan State University was named one of the 50 most outstanding senior women in her class of 9,000. Two years after taking her first airline job, as a flight attendant for American Airlines, she was named flight service supervisor, then was promoted to ticket office manager. Mack then spent 10 years as part of American's New York sales team.

Mack left American in 1990 to serve as vice president of national sales for Willow Press. She was eager to get back into the airline business, however, and joined the pre-start-up team of Kiwi International Air Lines, which took to the skies in the fall of 1992. As vice president of sales and marketing, she wrote the new carrier's marketing plan; directed all advertising and sales promotions; oversaw the reservations, customer relations and pricing departments; and managed new product development, including the launch of Kiwi Vacations. She left in 1995 to serve as Vice President-North American Sales for BWIA International, before joining TWA last April.

Mack is now responsible for all advertising (including the creation of TWA's new "We want to be your airline" campaign), promotions, frequent-flyer clubs and partnership marketing. She says the company is "definitely heading in the right direction, and within the next year, you'll hear a lot of good things from TWA."

### Jane McCroary
**General Manager**
**Marketing-USA**
**Lufthansa German Airlines**



Jane McCroary's career includes 22 years at Lufthansa—starting in 1975 as a telephone sales agent. She's risen to the post of general manager marketing-USA, in which she's not only responsible for the classic definition of marketing—sales, pricing and distribution—but what she calls "Lufthansa's definition," which involves "marketing communication." As such, McCroary has three main responsibilities—marketing, including Lufthansa's Miles & More frequent-flyer program; advertising; and sales promotion and support.

When pressed to name her biggest accomplishment, McCroary cites the launching of Miles & More in the U.S. and Canada in 1993. "I was directly responsible for that," she says. "I got the program off the ground." Another accomplishment that makes McCroary proud is the introduction of an "integrated approach" to sales and marketing in an environment where, she says, "things tend to get chimney-like."

### Elizabeth Milward, CTC
**VP-Marketing**
**IATAN**

If travel agents aren't already familiar with Elizabeth Milward, they should be. That's because Milward is directly responsible for the products and services that are provided by IATAN to the travel community. "One of the main objectives of the corporation is to assist travel agents by developing useful products and services," she says. "We want to raise the level of professionalism."

To that end, Milward has played a major role in several important IATAN initiatives, the most significant of which may be an expansion of endorsement standards to include agents that don't sell airline tickets, but instead rely on other sources of income, such as cruise bookings. The new standard, called the Travel Service Intermediary Endorsement Program, is a direct result of agents in the post-cap world relying less and less on airline sales. "The reason [for the new program] is that those types of agents are already out there in large numbers, but they haven't been recognized," she says. "We want to bring them into the fold."

Another initiative that bears Milward's imprint is a recent decision to implement a waiting period prior to issuing the IATAN card to new agents. The waiting period, which will take effect next year, is yet another way to insure that card-carrying agents are the real thing. "This is one small measure to safeguard the integrity of the program," she says.

Milward modestly deflects credit for these accomplishments away from her. "Nothing is done on an individual basis here," she says. "I wouldn't want you to think it's just me. It's everybody."

*Continued on page*