# EXHIBIT N

## Libutti Giulio

**From:**    Lorusso Ester
**Sent:**    Wednesday, September 01, 2004 5:33 PM
**To:**      Sciarresi Andrea
**Cc:**       Libutti Giulio
**Subject:** 9/1/04

In light of the continuing discrimination as evidenced by my unilateral transfer originally stated by G. Libutti, and as indicated in my request for an investigation of gender discrimination, I hereby request that my counsel, Cynthia Gill, Esquire, attend the investigation interview. She will contact you in regard to her availability.

Your offer is a unilateral transfer and not an offer of promotion. These incidents, along with the discriminatory conduct in the past, are creating a hostile work environment in which a reasonable person may feel compelled to leave his/her employment.

9/17/2004

D0212