# EXHIBIT Q

## Libutti Giulio

| | |
|---|---|
| **From:** | Lorusso Ester |
| **Sent:** | Wednesday, September 01, 2004 5:33 PM |
| **To:** | Sciarresi Andrea |
| **Cc:** | Libutti Giulio |
| **Subject:** | 9/1/04 |

In light of the continuing discrimination as evidenced by my unilateral transfer originally stated by G. Libutti, and as indicated in my request for an investigation of gender discrimination, I hereby request that my counsel, Cynthia Gill, Esquire, attend the investigation interview. She will contact you in regard to her availability.

Your offer is a unilateral transfer and not an offer of promotion. These incidents, along with the discriminatory conduct in the past, are creating a hostile work environment in which a reasonable person may feel compelled to leave his/her employment.

9/17/2004