# EXHIBIT R

## Libutti Giulio

| | |
|---|---|
| **From:** | Lorusso Ester |
| **Sent:** | Monday, September 20, 2004 12:18 PM |
| **To:** | Libutti Giulio; Gallo Francesco |
| **Subject:** | Your letter dated 9/17/04 |

In response to your letter dated September 17, 2004, in which you state that the invitation to the September 13 Sales Meeting at headquarters was limited to "certain functions only", I find that statement to be false and a pretext for discriminatory conduct. As the email from P. Galli reveals, (translation): "The reason for this two-day meeting is to share commercial strategies at this time of important change in the company. Considering the current situation, I believe that clarification on what the company's objectives are and on the framework and the new organizational structure is crucial to facing the near future. Not only will it be a time to share and gather information that will permit an ideal 'start up' of the new sales structure, but it will also be an opportunity to meet the company's senior management and the colleagues with whom we will share the path to follow in the coming months."

Furthermore, the meeting agenda includes on September 13, from 2:15PM to 5:30PM the topic "Business Strategy and Marketing" by G. Zeni. Tim O'Neill was invited to attend, yet there is no mention of "Alliances" on the meeting agenda. As the person responsible for marketing, and the only director not invited to the meeting, I believe it is discriminatory to not have invited me.

In regards to your request that I inform you of my decision to accept the new assignment within today, I am complying with your onerous deadline. It is my belief that you want to replace me with Tim O'Neill. I am also worried about being pushed into the position so that you can engage in illegal retaliatory and discriminatory termination of my employment. The assignment is a transfer for me. And, as a means to preserve my employment, I do not oppose the transfer.

It is my understanding that the Customer Relations department will be placed in GA 2000. Please confirm that, as stated to me by G. Libutti on August 24, 2004, Marketing Communications will also be placed in GA 2000. In order for me to effectively perform my duties, and, in order for GA 2000 to be a successful operation, I respectfully request that I am equipped with the proper staff and that Francesca Forte and Elizabeth Santella also be transferred. I also request the consideration of GA2000 Travel Services to be renamed GA2000 Marketing and Travel Services.

9/23/2004