# EXHIBIT X

Robert Ottinger
The Ottinger Firm, P.C.
South Street Seaport
19 Fulton Street, Suite 408
New York, New York 10038
(212) 571-2000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ESTER LORUSSO,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALITALIA-LINEE AEREE ITALIANE SpA.<br><br>        Defendant. | 07 CV 3583 |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF ESTER LORUSSO

ESTER LORUSSO, being duly sworn, deposes and says:

This affidavit is based upon my personal knowledge, information and belief:

1.  I am the Plaintiff in this action.

2.  I was employed with Alitalia for almost 29 years. I rose from the position of Telephone Sales Representative, through various other positions, and ultimately to the Director of Marketing for the company.

3.  During my employment with Alitalia, Lisa Del Percio was employed at Alitalia. Lisa Del Percio is a woman aged, approximately, in her early 30s.

4. During my employment with Alitalia, Francesca Forte was also employed at Alitalia. Francesca Forte is a woman aged, approximately, in her mid-30s.

5. Each of these two employees assumed some of my responsibilities subsequent to my removal from the position of Director of Marketing at Alitalia.

_____
Ester Lorusso

Sworn to and subscribed before me this
29 day of May, 2008

_____
Notary Public

MARIA GUTCH
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 28, 2009